## SWORN CERTIFICATION OF BRENDAN PICHA

I, Brendan Picha, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaint filed herein (the "Complaint") and have authorized its filing.

2. I did not purchase any of the tokens that are the subject of this action at the direction of my counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

3. I am willing to serve as a representative party on behalf of the Class (as that term is defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as that term is defined in the Complaint), I invested in the Gemini Earn program and attached is a schedule of my transactions.

5. During the three-year period preceding the date of this Certification, I have not sought to serve as a representative party on behalf of a class in any private action arising under the Securities Act or the Exchange Act.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Dated: December 27, 2022

_____
Brendan Picha

## SCHEDULE A – PICHA CERTIFICATION*

### CURVE DAO TOKEN

| Gemini Earn Transactions ||||
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 9/22/2021 | 3:18:30 PM | Investment | 861.036168 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.330315874 |
| 10/13/2021 | 8:00:00 PM | Monthly Interest Summary | 0.537033582 |
| 10/14/2021 | 1:40:57 PM | Redemption | 861.9 |
| 4/20/2022 | 12:32:48 AM | Investment | 365.989973 |
| 4/21/2022 | 12:48:29 PM | Investment | 10.20425 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.796331562 |
| 5/10/2022 | 12:30:25 PM | Investment | 14.586415 |
| 5/24/2022 | 1:11:28 PM | Investment | 24.443189 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 2.587520847 |
| 6/6/2022 | 3:31:14 PM | Investment | 14.140565 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 2.743379033 |
| 7/8/2022 | 6:43:09 PM | Investment | 94.44658346 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 3.333632067 |
| 8/12/2022 | 1:43:09 PM | Investment | 43.610989 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 3.69278805 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 3.704794291 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 3.118476173 |
| 9/22/2021 | 3:18:30 PM | Investment | 861.036168 |
| **CURVE DAO TOKEN** | | **Remaining Earn Balance = 587.4024** ||

**BASIC ATTENTION TOKEN**

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 3/26/2021 | 11:35:34 PM | Redemption | 5.7048226 |
| 3/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.004822607 |
| 4/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.000000000019794087 |
| 5/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.000000000020512590 |
| 6/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.000000000019907870 |
| 7/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.000000000020630523 |
| 8/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.000000000020690707 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.000000000020080734 |
| 10/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.000000000020809648 |
| 11/30/2021 | 9:00:00 PM | Monthly Interest Summary | 0.000000000020196169 |
| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 0.000000000010548789 |
| 1/31/2022 | 9:00:00 PM | Monthly Interest Summary | 0.000000000010564300 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 0.000000000005521803 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.000000000006118367 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.000000000005925950 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.000000000006128601 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.000000000005935862 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.000000000006138852 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.000000000006144068 |
| 9/12/2022 | 1:36:17 PM | Investment | 29.22286049 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.01441463 |
| 10/29/2022 | 12:43:58 PM | Investment | 4.75 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.024841866 |

| 11/18/2022 | 3:25:25 PM | Redemption | 34.02611591 |
|---|---|---|---|
| **BASIC ATTENTION TOKEN** | | **Remaining Earn Balance = 28.3121169981986** | |

### GEMINI DOLLAR

| Gemini Earn Transactions ||||
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 7/21/2021 | 6:52:12 PM | Investment | 275 |
| 7/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.54 |
| 8/31/2021 | 8:00:00 PM | Monthly Interest Summary | 1.68 |
| 9/2/2021 | 3:58:16 PM | Investment | 25,000.00 |
| 9/8/2021 | 5:36:43 PM | Redemption | 2,500.00 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 138.41 |
| 10/24/2021 | 12:18:54 AM | Investment | 10,000.00 |
| 10/31/2021 | 8:00:00 PM | Monthly Interest Summary | 163.85 |
| 11/20/2021 | 3:49:33 PM | Investment | 4,911.88 |
| 11/30/2021 | 9:00:00 PM | Monthly Interest Summary | 219.22 |
| 11/30/2021 | 2:34:10 PM | Redemption | 1,000.00 |
| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 245.39 |
| 1/29/2022 | 5:58:23 PM | Investment | 3,446.94 |
| 1/31/2022 | 9:00:00 PM | Monthly Interest Summary | 247.01 |
| 2/2/2022 | 6:28:12 PM | Investment | 1,308.00 |
| 2/9/2022 | 6:14:26 PM | Investment | 1,308.00 |
| 2/16/2022 | 6:28:10 PM | Investment | 1,308.00 |
| 2/23/2022 | 6:34:43 PM | Investment | 1,308.00 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 262.26 |

| Date | Time | Type | Amount |
|---|---|---|---|
| 3/2/2022 | 6:20:53 PM | Investment | 1,308.00 |
| 3/9/2022 | 6:31:20 PM | Investment | 1,308.00 |
| 3/16/2022 | 6:09:28 PM | Investment | 1,308.00 |
| 3/21/2022 | 11:59:49 AM | Investment | 10,000.00 |
| 3/23/2022 | 6:16:34 PM | Investment | 1,308.00 |
| 3/30/2022 | 6:21:33 PM | Investment | 1,308.00 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 349.68 |
| 4/6/2022 | 9:15:48 PM | Investment | 700 |
| 4/11/2022 | 8:47:53 PM | Investment | 657.4 |
| 4/13/2022 | 9:21:57 PM | Investment | 700 |
| 4/20/2022 | 9:09:15 PM | Investment | 700 |
| 4/27/2022 | 9:17:14 PM | Investment | 700 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 357.8 |
| 5/4/2022 | 9:07:59 PM | Investment | 700 |
| 5/11/2022 | 9:19:47 PM | Investment | 700 |
| 5/18/2022 | 9:30:31 PM | Investment | 700 |
| 5/25/2022 | 9:02:43 PM | Investment | 700 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 390.52 |
| 6/1/2022 | 9:27:25 PM | Investment | 700 |
| 6/8/2022 | 9:16:37 PM | Investment | 700 |
| 6/15/2022 | 9:28:43 PM | Investment | 700 |
| 6/20/2022 | 11:05:59 PM | Redemption | 1,600.00 |
| 6/22/2022 | 9:17:15 PM | Investment | 700 |
| 6/29/2022 | 9:08:52 PM | Investment | 700 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 393.78 |
| 7/6/2022 | 9:31:53 PM | Investment | 700 |
| 7/13/2022 | 9:17:01 PM | Investment | 700 |

| | | | |
|---|---|---|---|
| 7/20/2022 | 9:22:47 PM | Investment | 700 |
| 7/27/2022 | 9:29:27 PM | Investment | 700 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 427.58 |
| 8/3/2022 | 9:15:49 PM | Investment | 700 |
| 8/10/2022 | 9:31:51 PM | Investment | 700 |
| 8/17/2022 | 9:34:24 PM | Investment | 700 |
| 8/24/2022 | 9:26:05 PM | Investment | 700 |
| 8/31/2022 | 9:09:24 PM | Investment | 700 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 456.42 |
| 9/7/2022 | 9:09:31 PM | Investment | 700 |
| 9/14/2022 | 12:08:50 PM | Investment | 3,000.00 |
| 9/14/2022 | 9:28:59 PM | Investment | 700 |
| 9/21/2022 | 9:13:31 PM | Investment | 700 |
| 9/28/2022 | 9:13:40 PM | Investment | 700 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 470.78 |
| 10/5/2022 | 9:36:01 PM | Investment | 700 |
| 10/12/2022 | 9:30:12 PM | Investment | 700 |
| 10/19/2022 | 9:14:36 PM | Investment | 700 |
| 10/26/2022 | 9:23:20 PM | Investment | 700 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 439.82 |
| 11/2/2022 | 9:29:37 PM | Investment | 700 |
| 11/9/2022 | 9:13:26 PM | Investment | 700 |
| **GEMIMI DOLLAR** | | **Remaining Earn Balance = 90,927.96** | |

**POLYGON**

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 6/14/2021 | 3:57:39 PM | Investment | 571.215 |
| 6/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.375709115271335 |
| 7/24/2021 | 1:14:42 PM | Investment | 1056.28 |
| 7/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.945702051513152 |
| 8/31/2021 | 8:00:00 PM | Monthly Interest Summary | 2.076350656717940 |
| 9/1/2021 | 7:26:04 PM | Investment | 330.155 |
| 9/9/2021 | 8:00:00 PM | Monthly Interest Summary | 0.711866657570732 |
| 9/9/2021 | 10:57:15 PM | Redemption | 1961.761885 |
| 7/27/2022 | 1:09:10 PM | Investment | 58.9362 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.034174265115187 |
| 8/19/2022 | 2:02:27 PM | Investment | 47.0798 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.347468742160249 |
| 9/12/2022 | 12:36:14 PM | Investment | 61.8088 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.625028100583447 |
| 10/7/2022 | 12:04:46 PM | Investment | 67.0674 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.944661834106868 |
| 11/13/2022 | 3:14:24 PM | Investment | 73.5121 |
| 11/18/2022 | 3:24:58 PM | Redemption | 310.828201 |
| **POLYGON** | | **Remaining Earn Balance = 310.3533764** | |

**FANTOM**

| Gemini Earn Transactions ||||
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 9/22/2021 | 3:18:49 PM | Investment | 1,473.64 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.720421649223141 |
| 10/13/2021 | 8:00:00 PM | Monthly Interest Summary | 1.171436419660830 |
| 10/14/2021 | 1:40:05 PM | Redemption | 1475.533552 |
| 11/30/2021 | 2:36:45 PM | Investment | 436.135 |
| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 0.826786765443118 |
| 1/1/2022 | 1:23:08 PM | Redemption | 436.9626168 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0 |
| 9/12/2022 | 1:35:59 PM | Investment | 379.846 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.236094592555683 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.406951395802249 |
| 11/18/2022 | 3:25:14 PM | Redemption | 380.6870748 |
| **FANTOM** || **Remaining Earn Balance = 380.6870748** ||

**DAI**

| Gemini Exchange Transactions ||||
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 3/17/2021 | 4:01:46 PM | Investment | 47.7 |
| 3/26/2021 | 11:35:17 PM | Redemption | 47.77782293 |
| 3/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.0840329354478832 |
| 4/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000320617 |
| 5/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000333287 |
| 6/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000324465 |
| 7/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000337287 |
| 8/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000339339 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000336853 |
| 10/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000350206 |
| 11/30/2021 | 9:00:00 PM | Monthly Interest Summary | 0.0000000000360238 |
| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 0.0000000000256004 |
| 1/31/2022 | 9:00:00 PM | Monthly Interest Summary | 0.0000000000257150 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 0.0000000000276368 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000307523 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000299156 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000310741 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000250749 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000260229 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000261374 |

| | | | |
|---|---|---|---|
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.0000000000254037 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.000000000247175 |
| 11/18/2022 | 3:26:00 PM | Redemption | 0.000000006028044586 |
| **DAI** | | **Remaining Earn Balance = 0.000000006028044586** | |

**\*All attempted redemptions on November 18, 2022 were not fulfilled by Gemini and therefore such attempted redemptions are not included in this schedule.**