UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA and MAX J. HASTINGS, individually and on behalf of all others similarly situated<br><br>*Plaintiffs,*<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS, and CAMERON WINKLEVOSS<br><br>*Defendants.* | No. 22-cv-10922 (NRB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Maryia Y. Jones of JFB Legal, PLLC hereby appears as attorney of record for Defendants Gemini Trust Company, LLC, Tyler Winklevoss, and Cameron Winklevoss in this matter and requests that copies of all papers in this action be served upon her.

Dated: New York, New York
       January 10, 2023

JFB LEGAL, PLLC

By /s/ Maryia Y. Jones

Maryia Y. Jones
299 Broadway–Suite 1816
New York, NY 10007
(212) 548-3212

*Attorneys for Gemini Trust Company, LLC, Tyler Winklevoss, and Cameron Winklevoss*