UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA and MAX J. HASTINGS, individually and on behalf of all others similarly situated<br><br>*Plaintiffs,*<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS, and CAMERON WINKLEVOSS<br><br>*Defendants.* | No. 22-cv-10922 |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Gemini Trust Company, LLC ("Defendant," a private non-governmental party), certifies that Defendant is majority-owned by Gemini Space Station, LLC, which in turn is majority-owned by Winklevoss Capital Fund, LLC. No public corporation holds 10% or more of the equity of any such disclosed entity.

Dated: New York, New York
January 10, 2023

JFB LEGAL, PLLC

By /s/ John F. Baughman

John F. Baughman
Maryia Y. Jones
299 Broadway – Suite 1816
New York, NY 10007
(212) 548-3212

*Attorneys for Gemini Trust Company, LLC, Tyler Winklevoss, and Cameron Winklevoss*