# EXHIBIT D

# Digital Currency Group, Inc. & Subsidiaries
## Organizational Chart as of August 2022



