# Exhibit 2

Case 1:22-cv-10922-NRB   Document 14-2   Filed 01/13/23   Page 2 of 2



# Sign in to Gemini

**Email address**

**Password**

☐ Remember my email address



| ☐ I'm not a robot | reCAPTCHA |
| --- | --- |
| | Privacy - Terms |

By clicking the "Sign in" button below, I sign and agree to Gemini's PRIVACY POLICY, USER AGREEMENT, and MASTER LOAN AGREEMENT (if applicable). The new Master Loan Agreement selects a new arbitral forum for disputes.

Sign in

Create new

Reset your pa

