UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA and MAX J. HASTINGS individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs*,<br><br> -against-<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS and CAMERON WINKLEVOSS,<br><br>      *Defendants*. | **Case No.1:22-cv-10922** |

## MOTION FOR ADMISSION PRO HAC VICE

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Justin Stone hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned proceeding. The affidavit, certificate of good standing, and proposed order required pursuant to Local Rule 1.3 are submitted as exhibits herewith.

**Dated:** New York, New York
    January 31, 2023

**KIM & SERRITELLA LLP**

**By:** /s/ Justin Stone
   Justin Stone
   110 W. 40th Street, 10th Floor
   New York, NY 10018
   (212) 287-7148
   jstone@kandslaw.com