**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BRENDAN PICHA and MAX J. HASTINGS
individually and on behalf of all others similarly
situated,

                                                      *Plaintiffs*,

    -against-

GEMINI TRUST COMPANY, LLC, TYLER
WINKLEVOSS and CAMERON WINKLEVOSS,

                                                    *Defendants*.

**Case No. 1:22-cv-10922**

---

**DECLARATION OF JUSTIN STONE IN SUPPORT OF**
**MOTION TO APPEAR PRO HAC VICE**

JUSTIN STONE hereby declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am an attorney with Kim & Serritella LLP, the firm that represents Plaintiff in the above-captioned action.

2.      I submit this affidavit in support of my motion to be admitted to this Court pro hac vice.

3.      I am an active member in good standing of the bar of the State of Wisconsin.  A copy of a Certificate of Good Standing attesting thereto is submitted herewith.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6.       There are no disciplinary proceedings presently against me.

7.       Accordingly, I hereby respectfully request that my motion for admission pro hac vice be granted.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2023

/s/ Justin Stone
Justin Stone