

Sheila T. Reiff
Clerk

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*JUSTIN BURT STONE*

*was admitted to practice as an attorney within this state on January 29, 2001 and is presently in good standing in this court.*

Dated: January 4, 2023

SHEILA T. REIFF
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing