UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA and MAX J. HASTINGS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS and CAMERON WINKLEVOSS,<br><br>        Defendants. | No. 1:22-cv-10922-NRB |

To the Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE that the undersigned is appearing in the above-captioned action on behalf of Plaintiffs Brendan Picha and Max J. Hastings.

| | |
|---|---|
| Dated:  New York, New York<br>     February 23, 2023 | **KIM & SERRITELLA LLP**<br><br>**By:**  */s/ Claudio Simpkins*<br>   Charles Claudio Simpkins<br>   110 W. 40th Street, 10th Floor<br>   New York, NY 10018<br>   (212) 951-1230<br>   csimpkins@kandslaw.com<br><br>   *Attorneys for Plaintiffs Brendan Picha and Max J. Hastings* |