UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA and MAX J. HASTINGS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS and CAMERON WINKLEVOSS,<br><br>　　　　　　　　　Defendants. | No. 1:22-cv-10922-NRB<br><br>Hon. Naomi Reice Buchwald |

### NOTICE OF MOTION FOR APPOINTMENT OF BRENDAN PICHA, MAX J. HASTINGS, KYLE MCKUHEN, JAMES DEREK TAYLOR, AND CHRISTINE CALDERWOOD AS LEAD PLAINTIFFS AND APPROVAL OF KIM & SERRITELLA LLP AS LEAD COUNSEL

PLEASE TAKE NOTICE that Brendan Picha, Max J. Hastings, Kyle McKuhen, James Derek Taylor, and Christine Calderwood respectfully move this Court (i) to appoint them lead plaintiffs in the above-captioned action and (ii) to approve their selection of Kim & Serritella LLP as lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(3)(B)(i), 78u-4(a)(3)(B)(i).  A proposed order is being filed herewith.  In support of the motion, Brendan Picha, Max J. Hastings, Kyle McKuhen, James Derek Taylor, and Christine Calderwood rely upon (i) the accompanying memorandum of law, (ii) Declaration of James R. Serritella, (iii) Declaration of Hee-Jean Kim and (iv) sworn certifications.

Dated:   New York, New York
         February 27, 2023

                                             Respectfully submitted,

                                             KIM & SERRITELLA LLP

                                         By:   /s/ James R. Serritella
                                                 James R. Serritella
                                                 Justin Stone (*pro hac vice*)
                                                 C. Claudio Simpkins
                                                 110 W. 40th Street, 10th Floor
                                                 New York, NY 10018
                                                 212-960-8345
                                                 jserritella@kandslaw.com
                                                 jstone@kandslaw.com
                                                 csimpkins@kandslaw.com