# Exhibit 2







# | CONTENTS:

›  **ABOUT K&S**

›  CRYPTO & NFTS

›  BUSINESS TRANSACTIONS PRACTICE

›  COMMERICAL LITIGATION

›  PRO BONO PRACTICE CENTER

›  **OUR TEAM**

›  **CONTACT K&S**



# ABOUT **KIM** & **SERRITELLA** LLP

| **KIM** & **SERRITELLA** **LLP** IS A BOUTIQUE LAW FIRM CONCENTRATING ON THE CRYPTO SPACE, COMMERCIAL LITIGATION AND BUSINESS TRANSACTIONS.

## | CLIENTS FIRST

We are deeply committed to a clients-first approach, which translates to strategic, effective and ethical representation while delivering big firm experience to clients of all sizes.

The firm was founded in 2020 and with Mr. Serritella's years of practice as a partner at New York City firms and Ms. Kim's business savvy, they have grown the firm to include a team of attorneys with impressive credentials, a similar core belief in serving clients and the community and a long track-record of achieving successful results in connection with varied complex matters and high-stakes litigation. The K&S team is a rare marriage of a deep understanding of technology and current events with solid and impressive experience.



## | GIVING BACK TO OUR COMMUNITY

We also firmly believe in giving back to our community and those who may not yet be able to advocate for themselves, which is why we founded the **K&S Pro Bono Practice Center** and have a dedicated and experienced Pro Bono Counsel to help steer our pro bono practice and guide our team in serving others.

ABOUT **KIM** & **SERRITELLA** LLP

# | CRYPTO & NFTS



K&S is positioning itself to become one of the preeminent firms in the crypto space. Mr. Serritella, co-founder of K&S, has been a student of the cryptocurrency space for several years, utilizing his knowledge of computer science, technology, and years of litigation experience in the securities and finance spaces to gain an unprecedented understanding of the technical workings of cryptocurrency exchanges and the risks that transactions on such exchanges pose to investors.

This expertise has shaped K&S's practice: K&S represents crypto investors who have been the victim of fraudulent activity, such as rug pulls, pump-and-dumps, and misrepresentations on social media; K&S is currently investigating claims against cryptocurrency exchanges for their role in allowing fraudulent or illegal activity to take place on their platforms; in addition, K&S represents investors in claims against a major cryptocurrency exchange and wireless carriers for allowing unauthorized access to user accounts, as well as investors with claims against issuers of NFTs. Due to the novelty of these claims and the emerging, yet unsettled precedent, the advantage of K&S's experience in the space is significant.

## | CONTACT K&S FOR CRYPTO-RELATED MATTERS:

(212) 931-8315
CRYPTO@KANDSLAW.COM
**KANDSLAW.COM/CRYPTO**



ABOUT **KIM** & **SERRITELLA** LLP

# | BUSINESS TRANSACTIONS PRACTICE

## | WE SUPPORT INDIVIDUALS, FAMILIES, AND SMALL TO LARGE BUSINESSES.

K&S's transactional practice is focused on supporting individuals, families, and small to large businesses with efficiency, expertise, and sound judgment, whether relating to discreet projects or providing counsel on day-to-day matters. Our work has spanned a wide range of sectors, from governments, financial institutions, manufacturers, contractors, and consultants to individuals. We have worked with clients ranging from large multinational corporations to small individually-owned businesses.



### | WE PROVIDE AN ARRAY OF TRANSACTIONAL SERVICES WHICH BROADLY INCLUDE:

› Commercial Transactions

› Contract Negotiation, Drafting and Review

› Outside General Counsel Services

› Legal Templates Creation

› General Business Consulting



ABOUT **KIM** & **SERRITELLA** LLP

# | COMMERCIAL LITIGATION PRACTICE



## | K&S'S LITIGATION PRACTICE IS FOCUSED ON REPRESENTING PARTIES IN VARIOUS COMMERCIAL DISPUTES.

In particular, K&S has extensive experience with, and a unique understanding of, matters concerning insurance recovery, investment losses and bankruptcy litigation. K&S also provides insurance advisory services to clients of all sizes. We routinely assist clients in analyzing coverage issues with existing or prospective insurance policies.

## | WE PROVIDE AN ARRAY OF COMMERCIAL LITIGATION SERVICES WHICH BROADLY INCLUDE:

- Commercial and Contract Disputes
- Insurance Recovery
- Insurance Advisory Services
- Investment Loss Recovery
- Shareholder Disputes
- Financial Services
- Bankruptcy Litigation
- Cryptocurrency Litigation

## | SOME OF K&S'S REPRESENTATIVE ENGAGEMENTS INCLUDE THE FOLLOWING:

- Investors in a multi-million dollar action against one of the largest financial institutions in the U.S. alleging breaches of fiduciary duty and misrepresentations

- Investment adviser in an action against an insurance company for failing to cover a claim under a professional liability policy

- Investors in an arbitration concerning convertible notes in connection with a start-up taxi business in South America

- Investor in claims against a firm administrator for violations of ERISA

- Investors in whistleblower claims filed with the Securities & Exchange Commission concerning violations of securities laws by investment advisers and broker-dealers

- Petitioners in securing a pre-judgment attachment against respondents who left the country and moved assets offshore

**KANDSLAW.COM** | 110 W. 40TH ST, 10TH FLOOR, NEW YORK, NY 10018 | (212) 951-1230



ABOUT **KIM** & **SERRITELLA** LLP

# | PRO BONO PRACTICE CENTER

## | SERVING OUR COMMUNITY

K&S has a deep commitment to serving our community by lending our support and expertise to those who may not be able to afford legal representation. If you are unable to afford legal representation, please feel free to contact us at probono@kandslaw.com to discuss whether we may be able to assist you.



### | CONTACT THE K&S
### PRO BONO PRACTICE CENTER

(212) 951-1230

PROBONO@KANDSLAW.COM

**KANDSLAW.COM/PROBONO**







# JAMES R. SERRITELLA
| PARTNER

James is known as a bulldog when representing his clients and lends a nuanced, strategic and transparent approach to that representation. James works tirelessly for his clients on matters ranging from small individual claims to billion-dollar lawsuits. His intelligence, dedication and pull-up-your-sleeves approach to hard work has made him a go-to lawyer for colleagues and clients alike.

James has over 15 years of experience representing both plaintiffs and defendants in high stakes litigation, including in the financial services, insurance and bankruptcy sectors. He regularly represents policyholders in claims against their insurance companies and investors in recouping investment losses, including against investment advisers and broker-dealers and in the cryptocurrency space.

James' experience spans all phases of litigation in both federal and state court, as well as in arbitration.

Prior to K&S, James was a partner at Davis + Gilbert LLP and Stroock & Stroock & Lavan LLP in New York.

James is committed to tapping into his expertise in representing pro bono clients. His most recent pro bono activities include matters ranging from improper foreclosure actions brought by banks to bad faith lawsuits brought against insurance companies.

## | CONTACT
(212) 260-8345
JSERRITELLA@KANDSLAW.COM

## | EDUCATION
> J.D., Cornell Law School 2007
> B.A., Binghamton University, 2003, major in Philosophy, Politics & Law; minor in History

## | ADMITTED TO PRACTICE
> New York
> New Jersey
> U.S. District Courts, Southern and Eastern District of New York, District of New Jersey and District of Connecticut
> U.S. Court of Appeals, Second Circuit

## | AWARDS
James was named a Rising Star (for attorneys under 40) from 2015 to 2021 and a Super Lawyer in 2022 by New York Metro Super Lawyers.



JAMES R. SERRITELLA | PARTNER

## | EXPERIENCE

Some of James' representative engagements include the following:

- Lead counsel for investors in a class action against a major crypto-asset exchange and its owners and operators concerning novel issues of securities laws.

- Investors in claims against major crypto-asset exchange and mobile phone service providers arising out of unauthorized access to user accounts.

- Investors in prosecuting breach of fiduciary duty claims against investment adviser and broker-dealer regarding millions of dollars in investment losses.

- Privately held and public companies in recovery of insurance proceeds in connection with various types of insurance policies, including professional liability, directors and officers liability, employment practices liability and cybersecurity.

- Investors in convertible notes in connection with a start-up taxi business in South America and obtaining a multi-million arbitration award

- Policyholders against insurance brokers for malpractice and breaches of fiduciary duties.

- Investors in whistleblower claims filed with the Securities & Exchange Commission concerning violations of securities laws by investment advisers and broker-dealers.

- Co-founder of a major tech company in prosecuting fraud and fraudulent transfer claims against his former partners.

- Global financial institutions in litigation commenced by the Madoff trustee and Madoff feeder funds seeking recovery of alleged cross-border fraudulent transfers under the Bankruptcy Code and state law.

- Sponsor in residential mortgage-backed securities (RMBS) transactions against fraud and negligent misrepresentation claims arising from statements made in offering materials and putback claims concerning alleged breaches of representations and warranties.

- Directors and officers in various lawsuits concerning common law fraud and breach of fiduciary duty claims commenced in state court and bankruptcy court.

- A broker-dealer in litigation concerning complex issues of jurisdiction, sovereign immunity and cross-border discovery.

- Financial institution in prosecuting and defending claims in connection with commercial mortgage backed securities transactions.

- Financial institution in defending claims brought by individuals under state and federal consumer protections laws.

- Shareholders in fraudulent transfer litigation in the SDNY arising out of the 2007 leveraged buyout of the Tribune Company

- ERISA Plan beneficiary against administrators for violations of ERISA and breach of contract





# HEE-JEAN KIM
| PARTNER

Hee-Jean is a seasoned transactional attorney and businesswoman with a successful track record of advising individuals and businesses of all sizes and across various industries. She delivers strategic and pragmatic legal advice on significant transactions as well as day-to-day business matters. She is a problem-solver, master draftswoman and savvy advocate for her clients. Hee-Jean primarily focuses her practice on small to midsize companies who may require outside general counsel services and outside-the-box thinking. Hee-Jean also regularly counsels high net-worth individuals and their family enterprises.

Hee-Jean started her legal career as an associate at DLA Piper in New York where she focused on crossborder, international and domestic project finance with a focus on the project side of infrastructure development. She also provided commercial and legal advice regarding infrastructure development, renewable energy development, land usufruct and lease issues and government concession work as well as day-to-day commercial operations. More recently, as Senior Corporate Counsel in the M&A, Licensing, Alliance Management & Corporate Affairs department of a large pharmaceutical company, Hee-Jean supported diverse clients ranging from directors to senior executives in the business development and research & development groups on licensing, collaborations and other partnering deals.

## | CONTACT
(212) 986-1662
HKIM@KANDSLAW.COM

## | EDUCATION
> J.D., Columbia Law School, 2007
> B.A., cum laude, Vassar College, 2000, double majors: English and Italian

## | ADMITTED TO PRACTICE
> New York
> New Jersey

HEE-JEAN KIM | PARTNER



## | EXPERIENCE

Hee-Jean has significant experience negotiating and drafting various agreements; some examples of agreements include the following:

> Manufacturing Agreements

> Supply Agreements

> Consulting Agreements

> Service Agreements

> Confidentiality and Non-Disclosure Agreements

> Joint Venture Agreements

> Shareholders Agreements

> Licensing Agreements

> Concession Agreements

> Operation and Maintenance Agreements

> Purchase and Sale Agreements

> Vessel Construction Agreements

> Vessel Charters Agreements

Hee-Jean also uses her legal experience and skillset to work on the firm's litigations, including the following:

> Investors in a class action against a major crypto-asset exchange and its owners and operators concerning novel issues of securities laws

> Investors in claims against major crypto-asset exchange and mobile phone service providers arising out of unauthorized access to user accounts

> Investors in prosecuting breach of fiduciary duty claims against investment adviser and broker-dealer regarding millions of dollars in investment losses.

> Investors in convertible notes in connection with a start-up taxi business in South America and obtaining a multi-million arbitration award

Hee-Jean has participated in pro bono projects ranging from research on women's health rights in Africa to advising small business owners on commercial real estate matters.

While at her prior law firm, Hee-Jean served on the Diversity and Inclusion Committee and as a mentor in various mentoring programs for younger attorneys. She believes in supporting women-owned businesses and in helping those who are under-represented. She particularly enjoys working with mom-and-pop businesses and has most recently been active in assisting small businesses and individuals within her community.

Hee-Jean speaks Korean, Italian and French.





# JUSTIN STONE
| COUNSEL

Justin brings over 20 years of practicing law to K&S where he is known as a meticulous problem-solver with the ability to think on his feet, tackle novel questions of law with ease and bring both creative and practical solutions to serve his clients.

Justin has extensive experience representing both plaintiffs and defendants in complex litigation, including antitrust, patent, bankruptcy, securities and financial litigation. His experience includes all phases of litigation from pleadings to appellate work, in disparate forums including federal and state court and administrative and alternative dispute resolution proceedings.

Prior to K&S, Justin was an attorney for the Bureau of Competition of the Federal Trade Commission, and also worked as a senior associate for a premier international litigation firm.

Justin is committed to pro bono advocacy. His pro bono work includes successfully litigating on behalf of undocumented immigrants and victims of police brutality.

## | CONTACT

(212) 287-7148
JSTONE@KANDSLAW.COM

## | EDUCATION

- L.L.M., George Mason University School of Law, 2005
- J.D. Cum Laude, University of Wisconsin Law School 2000
- B.A. in Government, Cornell University, 1997

## | ADMITTED TO PRACTICE

- Wisconsin
- *New York application pending



**JUSTIN STONE** | COUNSEL

## | EXPERIENCE

Some of Justin's representative engagements include the following:

- › Investors in a class action against a major crypto-asset exchange and its owners and operators concerning novel issues of securities laws

- › Numerous plaintiffs in wage-and-hour and discrimination class-action cases

- › Drug-store chain in an antitrust class action against generic drug manufacturers in one of the largest antitrust cases in history

- › One of the world's largest cellular phone manufacturers in international litigation involving complex questions of patent law

- › Board committee chairman of a major financial organization in litigation arising under New York's not-for-profit corporation law involving novel issues of overcompensation

- › Investors in convertible notes in connection with a start-up taxi business in South America and obtaining a multi-million arbitration award

- › Government agency against a major computer chip manufacturer in antitrust litigation involving the intersection of the Sherman Act and patent rights

- › Major pharmaceutical company in mass-tort liability concerning the claims alleging the failure to warn of risks associated with hormone therapy drug

- › Governor of New York in litigation concerning novel questions of gubernatorial authority

- › ERISA Plan beneficiary against administrators for violations of ERISA and breach of contract

- › Long Island winery in administrative proceedings before the state liquor board





# KARA MORROW

COUNSEL &
DIRECTOR OF THE PRO BONO
PRACTICE CENTER

Kara brings a longstanding commitment to serving others to the K&S Pro Bono Practice Center where she oversees a pro bono program that spans from helping small businesses to providing legal assistance to asylum seekers.

Kara is an accomplished litigator with deep federal law experience. Having worked in private and non-profit sectors, she is skilled in complex cases, investigations and client service. Her work has yielded significant positive outcomes not only for her corporate and individual clients, but also for vulnerable populations, including children in foster care. Prior to K&S, Kara practiced civil rights law with the renowned non-profit law firm, Children's Rights, reforming state foster care systems through litigation and strategic advocacy. Kara began her legal career at Shearman & Sterling LLP and Clifford Chance LLP in New York, representing global clients in a broad array of matters, including substantial pro bono work.

Before law school, Kara worked as a legislative associate in Washington, D.C. where she drafted policy statements and lobbied members of congress on welfare reform, immigrant rights and economic development in low-income communities. She began her career as a caseworker

## CONTACT

(212) 380-0064
KMORROW@KANDSLAW.COM

## EDUCATION

> J.D., University of Pennsylvania Law School, 2002

> B.A., Georgetown University, 1995, major in History

## ADMITTED TO PRACTICE

> New York

> U.S. District Courts, Southern and Eastern District of New York

> U.S. Court of Appeals, Second Circuit, D.C. Circuit

> U.S. Supreme Court



## | EXPERIENCE

Some of Kara's representative matters include the following:

> Conducted a multi-year investigation of the Massachusetts child welfare system and brought a federal class action civil rights lawsuit on behalf of children in foster care.

> Monitored and enforced compliance with a landmark consent decree reforming the District of Columbia foster care system.

> Appeared before the U.S. Supreme Court in a dispute regarding attorney's fees in a federal civil rights action.

> Received the Thurgood Marshall award for representation in post-conviction death penalty case.

> Won asylum for a detained pro bono client from the Republic of Guinea.

> Obtained reversal of a client's wrongful conviction and incarceration in collaboration with the NAACP Legal Defense Fund.

Kara speaks French.





# MISHA M. WRIGHT
| ASSOCIATE

Misha is an experienced commercial litigator who brings a deeply thoughtful and steady approach to serving her individual and institutional clients at the trial and appellate levels. She is known by clients and colleagues for her ability to remain undaunted in the face of difficult and nuanced problems, to dig in and drill down and to advocate tirelessly and zealously on behalf of her clients.

Misha has extensive experience representing both plaintiffs and defendants in complex commercial disputes in the Commercial Division of the New York Supreme Court, the First Department and the New York Court of Appeals, as well as federal district courts in New York, Connecticut and South Carolina.

After serving as a law clerk to the honorable Harry S. Crump in the trial courts of the largest judicial district in the State of Minnesota, the Fourth Judicial District, Hennepin County, Misha went on to work at two boutique law firms in New York where she seized the opportunity to jump into sophisticated motion practice and act as a second chair at trial.

Misha is committed to representing pro bono clients. Most recently, she successfully negotiated a long-term commercial lease for a NYC based non-profit dedicated to providing opportunities for high achieving youth in underserved communities and was also successful in getting a securitized loan for a home reinstated post-foreclosure under the Fair Debt Collection Practices Act.

## | CONTACT
(212) 417-0451
MWRIGHT@KANDSLAW.COM

## | EDUCATION
> J.D. University of Minnesota, 2006
> B.A. cum laude, Wellesley College, 2000

## | ADMITTED TO PRACTICE
> New York
> U.S. District Courts for the Eastern and Southern Districts of New York
> Second Circuit Court of Appeals



## | EXPERIENCE

Some of Misha's representative engagements include the following:

> Investors in prosecuting breach of fiduciary duty claims against investment adviser and broker-dealer regarding millions of dollars in investment losses.

> International supplier of women's handbags and accessories in connection with Uniform Commercial Code claims concerning alleged breaches of creditor agreements

> A group of private lenders against Federal Civil RICO claims arising from the fallout of complex syndicated loans

> Tenant/Landlord in connection with claims concerning corporate veil piercing and collateral estoppel arising under New York's rent overcharge statute

> Issuer in a dispute arising from complex investments in viatical settlements

> A shareholder in a contract dispute with a former shareholders of a dissolved corporate entity

> Kenyan national in successfully obtaining a grant of asylum by the U.S. Immigration Court, Newark NJ

Misha speaks Japanese and French.





# C. CLAUDIO SIMPKINS
## | ASSOCIATE

Claudio is a strategic and versatile business and securities litigator with an uncanny ability to gain fluency in novel and sophisticated areas of law and is particularly seasoned in novel intellectual property and internet disputes. He is known by clients and colleagues for his fierce intelligence, his thoughtfulness, and his ability to stay calm and dig in.

An astute and tireless advocate, Claudio has extensive experience representing both plaintiffs and defendants in arbitration before the Commercial Division of the New York Supreme Court, the First and Second Departments; federal courts in New York, New Jersey, and California; and internationally before the World Intellectual Property Organization.

Claudio's numerous academic achievements include being an early student selected for one of public higher education's most innovative and rigorous programs for elite scholars, now known as the Macaulay Honors College, which supplemented the lessons of his unique life experience with the rewards of his voracious appetite for knowledge. After law school, he joined a large New York City law firm where he focused on prominent pharmaceutical patent and RMBS cases and honed a skillset particularly advantageous to advocating for clients in potentially volatile times.

Named a Harry S Truman Scholar in 2005 for his commitment to public service, Claudio has a long history of contributing to his community, having worked with at-risk New York City youth prior to practicing law. He currently volunteers his time helping to launch a data-driven civil rights organization.

## | CONTACT
212-287-7144
CSIMPKINS@KANDSLAW.COM

## | EDUCATION
- J.D., Harvard Law School, 2009
- BA, magna cum laude, in Philosophy and Political Science, Macaulay Honors College at the City College of New York, 2006

## | ADMITTED TO PRACTICE
- New York
- U.S. District Courts for the Eastern and Southern Districts of New York



**C. CLAUDIO SIMPKINS** | ASSOCIATE

## | EXPERIENCE

Some of Claudio's representative engagements include the following:

- Investors in class actions against a major crypto-asset exchanges and their owners and operators for novel violations of securities laws

- High-net worth family preyed upon by major financial institution in breach of duty

- Policy holders against insurance companies abusing allowance for assertion of obscured policy exclusions

- ERISA Plan beneficiary against administrators for violations of ERISA and breach of contract

- Investors in convertible notes in connection with a start-up taxi business in South America and obtaining a multi-million arbitration award

- Visual artists seeking to register and vigorously police their intellectual property rights

- Fashion and film production companies seeking investment and building out human and capital resources

- Individual victims of cyberhacking, cyberstalking, and extortion in state and federal actions

- Industry-leading internet communications and technology company in global patent licensing dispute over cellular, Internet of Things, wearable, and electric and autonomous vehicle technologies

- Small business targets of cross-border copyright infringement seeking injunctions and damages

- Individual broker-dealers subject to FINRA discipline and proceedings

- Warrant holders in arbitration and court disputes over dilution, breach, fraudulent inducement and misrepresentation.





# HANNAH R. FREIMAN
## | ASSOCIATE

Hannah is a born and raised New Yorker with years of courtroom experience complemented by advanced academic achievements and a devotion to justice.

As a law student, Hannah was recognized for achieving the highest marks in two of her core classes, awarded first place in regional American Bar Associations Labor and Employment Law Trial Advocacy Competition, served as a Law Review associate editor, and received a prestigious internship position with Judge Denny Chin of the Second Circuit Court of Appeals. Following graduation, she spent three years as an Assistant District Attorney advocating for survivors of domestic violence in Bronx County, during which time she independently handled hundreds of cases, including multi-count indictments involving violent felony offenses. She has also obtained a master's degree from Oxford University in Gender, Women, and Sexuality Studies, for which she completed a dissertation examining the nuances of domestic violence prosecution in New York State and England.

Hannah is a passionate litigator with a hunger for knowledge and a commitment to practicing with integrity as much as intellect. She remains intent on finding opportunities to continue her work on combatting gender-based violence, while using her extensive experience working with vulnerable witnesses to develop relationships with clients that are rooted in empathy.

## | CONTACT
212-497-9745
HFREIMAN@KANDSLAW.COM

## | EDUCATION
> M.St., University of Oxford, 2022
> J.D., cum laude, Northwestern Pritzker School of Law, 2018
> Scottish M.A. Hons (B.A. equivalent), University of St Andrews, 2012

## | ADMITTED TO PRACTICE
> New York



HANNAH R. FREIMAN | ASSOCIATE

## | EXPERIENCE

Some of Hannah's representative engagements include the following:

› Investors in two class actions against major crypto-asset exchanges and their owners and operators concerning novel issues of securities laws.

› Investors in prosecuting breach of fiduciary duty claims against investment adviser and broker-dealer regarding millions of dollars in investment losses.

› A software company in an arbitration involving breach of contract, copyright infringement, and misappropriation of trade secrets.



| CONTACT:

> **KIM & SERRITELLA LLP**
  110 W. 40TH STREET, 10TH FLOOR
  NEW YORK, NY 10018

> **INFO@KANDSLAW.COM**

> **(212) 951-1230**

> **KANDSLAW.COM**