UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDAN PICHA and MAX J. HASTINGS,
individually and on behalf of all others
similarly situated,

                              Plaintiff,

               v.

GEMINI TRUST COMPANY, LLC, TYLER
WINKLEVOSS and CAMERON
WINKLEVOSS,

                              Defendants.

No.: 1:22-cv-10922-NRB

Hon. Naomi Reice Buchwald

**CERTIFICATION OF KYLE MCKUHEN
IN SUPPORT OF LEAD PLAINTIFF MOTION**

I, Kyle McKuhen, hereby certify under penalty of perjury that the following is true and
correct to the best of my knowledge, information, and belief:

1.      I have reviewed the complaint filed in this action and authorize the filing of a lead
plaintiff motion on my behalf.

2.      I did not invest in the Gemini Earn program at issue in this action at the direction
of my counsel, nor in order to participate in any private action arising under the Securities Act of
1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act")

3.       I am willing to serve as a representative party on behalf of a class, including
providing testimony at a deposition and trial, if necessary.

4.      My principal goal in jointly filing with other individuals for lead plaintiff is to
achieve the best possible recovery for the class from all culpable parties.  I agree to engage in the
use of collective resources and to engage in joint decision-making to materially benefit and
advance the interests of the class in this case.

5.      I began investing in the Gemini Earn program in or around February 2, 2021.  To the best of my knowledge, the attached **Appendix C** lists my transactions in connection with the program, which demonstrates the extent of my losses.

6.      During the three-year period preceding the date of this Certification, I have not sought to serve as a representative party on behalf of a class in any private action arising under the Securities Act or the Exchange Act.

7.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any possible recovery, except for an award, as ordered by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the class.

8.      After learning about the class action pending against Gemini Trust Company, LLC, Tyler Winklevoss and Cameron Winklevoss on behalf of Gemini Earn investors, I spoke to several law firms.  On December 29, 2022, I contact Kim & Serritella LLP ("K&S").  I was interested in finding out more information about the class action and what the process would be, as well as learning what qualifications K&S had.  I spoke with Hee-Jean Kim, James Serritella and others at K&S several times, after which I felt confident in their qualifications, conduct, and commitment to the class in getting the best result for us.  After discussing the possibility of joining as lead plaintiff, I also met with Brendan Picha and Max Hastings on video conference.

9.      Since joining the group, I have attended several video conferences, along with the other lead individuals joining this motion (the "Lead Plaintiff Group"), to discuss strategy with K&S and next steps.  In addition, on or about January 18. 2023, I joined a group chat via the instant messaging service Telegram (the "Telegram Group") to discuss the issues faced by investors in

the Gemini Earn program ("Earn Investors") after Gemini froze all Earn accounts on November 16, 2022.  Mr. Picha and Mr. Hastings are administrators of the Telegram Group.

10.    I am also active in following other online platforms that discuss the Gemini Earn program and virtually attend the Genesis bankruptcy hearings.  As demonstrated by my own research into the class action and my involvement in various platforms, including the Telegram Group, I have been taking an active role in connecting with and looking out for the interests of Earn Investors.  In participating in this community, I have had multiple conversations with members of the proposed class, including the other individuals jointly filing this motion with me.

11.    I understand that four additional individuals are jointly filing this motion to serve as lead plaintiffs in this action.  I have met each of them on video calls and welcome serving with them in the Lead Plaintiff Group.  I understand the seriousness of our role, and I believe that under the circumstances, the proposed class would benefit from a small lead plaintiff group over a single individual lead plaintiff.  The Earn Investors have been extremely vocal on various social media platforms, including on the Telegram Group, due to the real harm that people have incurred.  I believe that the pressure to make the correct decisions resting solely on one person could be difficult and Earn Investors would benefit from a small group making them collectively.

12.    The Lead Plaintiff Group is comprised of intelligent individuals who are committed to achieving the best outcome for the class and I am confident we will all work well together.  I do not anticipate any major or unresolvable disagreements between myself and the Lead Plaintiff Group and I intend to make all efforts, in good faith, to reach consensus with respect to all litigation decisions to fulfill my obligations to the class, including when necessary, consulting with K&S.  However, should there be a failure to reach a consensus, the Lead Plaintiff Group has agreed to implement a protocol for resolving any disagreements, including through a simple majority vote.

This process will allow us to act efficiently on matters relating to the well-being of the class while remaining in keeping with the self-organized and democratic origins of our suit.

Dated:  02 / 27 / 2023

Kyle McKuhen

### APPENDIX C– MCKUHEN CERTIFICATION

### __BITCOIN__

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 2/2/2021 | 3:59:52 PM | Investment | 0.27018475 |
| 2/28/2021 | 9:00:00 PM | Monthly Interest Summary | 0.00055559 |
| 3/1/2021 | 2:55:08 PM | Investment | 0.00810774 |
| 3/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00071055 |
| 4/1/2021 | 11:46:13 AM | Investment | 0.00668905 |
| 4/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00047747 |
| 5/2/2021 | 1:53:01 PM | Investment | 0.00691920 |
| 5/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00050537 |
| 6/1/2021 | 1:50:41 PM | Investment | 0.01057510 |
| 6/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00050811 |
| 7/1/2021 | 11:28:05 AM | Investment | 0.01172685 |
| 7/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00054628 |
| 8/3/2021 | 2:28:19 PM | Investment | 0.01016657 |
| 8/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00045534 |
| 9/1/2021 | 11:44:43 AM | Investment | 0.00822408 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00040906 |
| 10/3/2021 | 2:31:25 PM | Investment | 0.00816284 |
| 10/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00043250 |
| 11/1/2021 | 11:53:38 AM | Investment | 0.00632370 |
| 11/30/2021 | 9:00:00 PM | Monthly Interest Summary | 0.00042779 |
| 12/1/2021 | 12:38:30 PM | Investment | 0.00683807 |

| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 0.00045119 |
|---|---|---|---|
| 1/1/2022 | 4:34:50 PM | Investment | 0.00825633 |
| 1/31/2022 | 9:00:00 PM | Monthly Interest Summary | 0.00046141 |
| 2/1/2022 | 2:31:04 PM | Investment | 0.01008451 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 0.00028996 |
| 3/4/2022 | 12:52:19 PM | Investment | 0.00945478 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00032859 |
| 4/1/2022 | 5:54:47 PM | Investment | 0.00843786 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00032596 |
| 5/3/2022 | 12:23:18 PM | Investment | 0.01018639 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00034516 |
| 6/1/2022 | 2:39:58 PM | Investment | 0.01259329 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00034513 |
| 7/1/2022 | 11:39:34 AM | Investment | 0.02044131 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00066364 |
| 8/1/2022 | 2:19:44 PM | Investment | 0.01677836 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00105498 |
| 9/6/2022 | 9:47:21 AM | Investment | 0.01966134 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00105953 |
| 10/1/2022 | 12:59:43 PM | Investment | 0.02031655 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00114868 |
| 11/1/2022 | 2:43:07 PM | Investment | 0.01918945 |
| 11/30/2022 | 9:00:00 PM | Monthly Interest Summary | 0.00053617 |
| **BITCOIN** | | **Remaining Earn Balance = 0.52135658** | |
| | | **Realized Losses = $12,400.26** | |

**ETHEREUM**

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 2/2/2021 | 3:59:45 PM | Investment | 3.76691525 |
| 2/28/2021 | 9:00:00 PM | Monthly Interest Summary | 0.00774788 |
| 3/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00962950 |
| 4/1/2021 | 11:46:20 AM | Investment | 0.66437500 |
| 4/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.01092766 |
| 5/2/2021 | 1:53:17 PM | Investment | 0.13473600 |
| 5/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.01168725 |
| 6/1/2021 | 1:51:07 PM | Investment | 0.14962200 |
| 6/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00793282 |
| 7/1/2021 | 11:28:51 AM | Investment | 0.18380000 |
| 7/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00852669 |
| 8/3/2021 | 2:27:46 PM | Investment | 0.15520900 |
| 8/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.00879353 |
| 9/1/2021 | 11:59:55 AM | Investment | 1.10992800 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.01034099 |
| 10/3/2021 | 2:29:15 PM | Investment | 0.11429800 |
| 10/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.01093948 |
| 11/1/2021 | 11:50:39 AM | Investment | 0.09063700 |
| 11/30/2021 | 9:00:00 PM | Monthly Interest Summary | 0.01077551 |
| 12/1/2021 | 12:37:33 PM | Investment | 0.08338700 |
| 12/5/2021 | 2:45:31 PM | Redemption | 1.00 |

| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 0.00839497 |
|---|---|---|---|
| 1/1/2022 | 4:36:10 PM | Investment | 0.10466400 |
| 1/7/2022 | 9:00:00 PM | Monthly Interest Summary | 0.00187512 |
| 1/8/2022 | 1:14:46 PM | Redemption | 5.66514266 |
| 2/1/2022 | 2:34:05 PM | Investment | 0.14045900 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 0.00012993 |
| 3/4/2022 | 12:54:53 PM | Investment | 0.14367100 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00028224 |
| 4/1/2022 | 6:11:18 PM | Investment | 0.11304500 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00040481 |
| 5/3/2022 | 12:36:51 PM | Investment | 0.13787400 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00055501 |
| 6/1/2022 | 2:44:54 PM | Investment | 0.20562700 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00075571 |
| 7/1/2022 | 11:48:03 AM | Investment | 0.37558000 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00192246 |
| 8/1/2022 | 2:34:34 PM | Investment | 0.23416200 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00342461 |
| 9/6/2022 | 9:51:05 AM | Investment | 0.23668900 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00380681 |
| 10/1/2022 | 1:04:29 PM | Investment | 0.29653300 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.00405655 |
| 11/1/2022 | 2:56:50 PM | Investment | 0.24943100 |
| 11/30/2022 | 9:00:00 PM | Monthly Interest Summary | 0.00198085 |
| **ETHEREUM** | | **Remaining Earn Balance = 2.15038997** | |
| | | **Realized Losses = $3,516.79** | |

**FANTOM**

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 11/1/2021 | 12:08:00 PM | Investment | 69.75286700 |
| 11/30/2021 | 9:00:00 PM | Monthly Interest Summary | 0.12369256 |
| 12/1/2021 | 12:40:34 PM | Investment | 133.83904700 |
| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 0.37799356 |
| 1/1/2022 | 4:38:51 PM | Investment | 80.34010200 |
| 1/31/2022 | 9:00:00 PM | Monthly Interest Summary | 0.61862334 |
| 2/1/2022 | 2:34:29 PM | Investment | 93.16655600 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 0.75708611 |
| 3/4/2022 | 1:15:07 PM | Investment | 111.43099500 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 1.06442357 |
| 4/1/2022 | 6:15:06 PM | Investment | 125.40420100 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 1.32580457 |
| 5/3/2022 | 1:11:43 PM | Investment | 244.94591500 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.89877190 |
| 6/1/2022 | 2:49:15 PM | Investment | 501.17018500 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 1.39723033 |
| 7/1/2022 | 11:48:45 AM | Investment | 796.96601900 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 2.28898555 |
| 8/1/2022 | 2:45:33 PM | Investment | 581.15044200 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 2.92112685 |

| 9/6/2022 | 9:56:46 AM | Investment | 727.77983000 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 3.45250913 |
| 10/1/2022 | 1:09:18 PM | Investment | 871.34011400 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 4.56986948 |
| 11/1/2022 | 3:52:27 PM | Investment | 615.81611100 |
| 11/30/2022 | 9:00:00 PM | Monthly Interest Summary | 2.57480856 |
| **FANTOM** | | **Remaining Earn Balance = 4975.47330952** | |
| | | **Realized Losses = $2,437.98** | |

## The Graph

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 2/1/2022 | 2:40:37 PM | Investment | 468.17965700 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 1.04008493 |
| 3/4/2022 | 1:18:03 PM | Investment | 544.82853900 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 2.40738565 |
| 4/1/2022 | 6:28:53 PM | Investment | 396.15926000 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 3.45467571 |
| 5/3/2022 | 1:12:16 PM | Investment | 605.81180800 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 4.12259801 |
| 6/1/2022 | 2:50:09 PM | Investment | 1262.07559200 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 6.59623215 |
| 7/1/2022 | 11:49:42 AM | Investment | 2146.07843100 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 11.27972935 |
| 8/1/2022 | 2:45:08 PM | Investment | 1528.39410300 |

| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 14.55483492 |
|---|---|---|---|
| 9/6/2022 | 9:55:48 AM | Investment | 1839.40242700 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 17.20443376 |
| 10/1/2022 | 1:12:31 PM | Investment | 1996.04863200 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 22.37335812 |
| 11/1/2022 | 4:05:19 PM | Investment | 1789.21800900 |
| 11/30/2022 | 9:00:00 PM | Monthly Interest Summary | 12.78695743 |
| **The Graph** | | **Remaining Earn Balance = 12672.01674802** | |
| | | **Realized Losses = $2,027.52** | |

### GEMINI DOLLAR PRICE

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 5/27/2021 | 12:09:57 PM | Investment | 1600.00 |
| 5/31/2021 | 8:00:00 PM | Monthly Interest Summary | 1.24 |
| 6/1/2021 | 1:48:58 PM | Redemption | 1601.24 |
| 6/27/2021 | 4:10:53 PM | Investment | 2000.00 |
| 6/30/2021 | 7:37:10 PM | Investment | 1000.00 |
| 6/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.78 |
| 7/2/2021 | 8:48:37 PM | Investment | 459523.55 |
| 7/9/2021 | 10:58:50 PM | Investment | 37110.00 |
| 7/31/2021 | 8:00:00 PM | Monthly Interest Summary | 2499.29 |
| 8/3/2021 | 2:24:13 PM | Investment | 400.00 |
| 8/4/2021 | 1:53:55 PM | Investment | 1000.00 |
| 8/27/2021 | 11:46:09 AM | Redemption | 10000.00 |

| 8/31/2021 | 8:00:00 PM | Monthly Interest Summary | 3051.67 |
| 9/20/2021 | 6:10:09 PM | Redemption | 100.00 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 3168.60 |
| 10/31/2021 | 8:00:00 PM | Monthly Interest Summary | 3295.04 |
| 11/27/2021 | 2:58:03 PM | Redemption | 3000.00 |
| 11/30/2021 | 9:00:00 PM | Monthly Interest Summary | 3206.89 |
| 12/27/2021 | 7:18:22 PM | Redemption | 3200.00 |
| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 3314.74 |
| 1/26/2022 | 4:38:16 PM | Redemption | 3200.00 |
| 1/31/2022 | 9:00:00 PM | Monthly Interest Summary | 3314.82 |
| 2/20/2022 | 11:27:30 AM | Investment | 102812.79 |
| 2/25/2022 | 10:28:01 AM | Investment | 46800.00 |
| 2/25/2022 | 7:04:23 PM | Investment | 19800.00 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 3214.36 |
| 3/15/2022 | 12:11:23 PM | Investment | 25000.00 |
| 3/26/2022 | 10:06:15 AM | Investment | 276.27 |
| 3/26/2022 | 10:06:57 AM | Investment | 1060000.00 |
| 3/31/2022 | 3:01:58 PM | Redemption | 3400.00 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 5216.96 |
| 4/6/2022 | 2:40:24 PM | Redemption | 1600000.00 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 2365.70 |
| 5/2/2022 | 12:45:54 PM | Redemption | 3200.00 |
| 5/30/2022 | 1:46:54 PM | Redemption | 3600.00 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 921.05 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 877.24 |
| 7/1/2022 | 12:25:19 PM | Investment | 800.00 |
| 7/14/2022 | 6:20:56 PM | Investment | 100000.00 |

| 7/15/2022 | 12:12:12 PM | Investment | 2800000.00 |
|---|---|---|---|
| 7/30/2022 | 1:30:38 PM | Redemption | 3600.00 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 9706.29 |
| 8/29/2022 | 8:06:28 PM | Redemption | 3199.99 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 18051.72 |
| 9/29/2022 | 2:27:12 PM | Redemption | 3400.00 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 17552.22 |
| 10/9/2022 | 2:12:27 PM | Redemption | 150000.00 |
| 10/17/2022 | 12:32:31 PM | Redemption | 750000.00 |
| 10/31/2022 | 1:14:25 PM | Redemption | 3200.00 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 13233.50 |
| 11/12/2022 | 3:29:50 PM | Redemption | 960000.00 |
| 11/17/2022 | 1:40:15 PM | Redemption | 950000.00 |
| 11/20/2022 | 9:00:00 PM | Monthly Interest Summary | 4414.27 |
| 11/21/2022 | 4:58:04 PM | Redemption | 300827.77 |
| **GEMINI DOLLAR PRICE** | | **Remaining Earn Balance = 1,254,487.74** | |
| | | **Realized Losses = $1,254,487.74** | |

## **CHAINLINK**

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 2/2/2021 | 3:59:33 PM | Investment | 155.04123600 |
| 2/28/2021 | 9:00:00 PM | Monthly Interest Summary | 0.46366414 |
| 3/1/2021 | 2:55:44 PM | Investment | 14.46350000 |
| 3/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.62879046 |

| 4/1/2021 | 11:46:28 AM | Investment | 13.15279100 |
|---|---|---|---|
| 4/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.65804460 |
| 5/2/2021 | 1:53:24 PM | Investment | 10.01623200 |
| 5/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.65829324 |
| 6/1/2021 | 1:51:22 PM | Investment | 12.82762800 |
| 6/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.68321736 |
| 7/1/2021 | 11:29:23 AM | Investment | 21.71694100 |
| 7/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.78132393 |
| 8/3/2021 | 2:28:54 PM | Investment | 16.82774500 |
| 8/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.65766379 |
| 9/1/2021 | 11:43:09 AM | Investment | 14.11391800 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.58469738 |
| 10/3/2021 | 2:34:13 PM | Investment | 14.31660700 |
| 10/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.31399230 |
| 11/1/2021 | 11:57:20 AM | Investment | 12.93649600 |
| 11/30/2021 | 9:00:00 PM | Monthly Interest Summary | 0.32002062 |
| 12/1/2021 | 12:38:42 PM | Investment | 14.79195200 |
| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 0.34784983 |
| 1/1/2022 | 4:35:35 PM | Investment | 19.46418600 |
| 1/31/2022 | 9:00:00 PM | Monthly Interest Summary | 0.36880761 |
| 2/1/2022 | 2:35:04 PM | Investment | 22.40894400 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 0.13340596 |
| 3/4/2022 | 12:56:25 PM | Investment | 27.16224600 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.15814725 |
| 4/1/2022 | 5:57:10 PM | Investment | 22.64458400 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.16354808 |
| 5/3/2022 | 12:25:42 PM | Investment | 34.62973600 |

| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.18267607 |
| 6/1/2022 | 2:41:11 PM | Investment | 53.63898000 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.17958934 |
| 7/1/2022 | 11:40:12 AM | Investment | 65.31670400 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.21049160 |
| 8/1/2022 | 2:27:44 PM | Investment | 51.09877100 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.23028056 |
| 9/6/2022 | 9:48:31 AM | Investment | 53.67887700 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.23943117 |
| 10/1/2022 | 1:02:25 PM | Investment | 51.82581900 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.26950328 |
| 11/1/2022 | 2:51:39 PM | Investment | 50.80585100 |
| 11/30/2022 | 9:00:00 PM | Monthly Interest Summary | 0.14326792 |
| **CHAINLINK** | | **Remaining Earn Balance = 761.25645047** | |
| | | **Realized Losses = $5,960.64** | |

### DECENTRALAND

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 8/3/2021 | 2:39:24 PM | Investment | 563.52611400 |
| 8/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.76999014 |
| 9/1/2021 | 11:51:00 AM | Investment | 408.30198800 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 1.40399108 |
| 10/31/2021 | 8:00:00 PM | Monthly Interest Summary | 1.47355531 |
| 11/1/2021 | 12:01:29 PM | Investment | 64.14234300 |

| 11/30/2021 | 9:00:00 PM | Monthly Interest Summary | 1.51891889 |
| 12/1/2021 | 12:41:07 PM | Investment | 65.01466200 |
| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 1.16332714 |
| 1/1/2022 | 4:37:58 PM | Investment | 59.09029500 |
| 1/31/2022 | 9:00:00 PM | Monthly Interest Summary | 1.22299831 |
| 2/1/2022 | 2:35:47 PM | Investment | 107.48343300 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 0.73161961 |
| 3/4/2022 | 1:07:47 PM | Investment | 75.41485600 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.85479613 |
| 4/1/2022 | 6:01:45 PM | Investment | 73.26624400 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.87741384 |
| 5/3/2022 | 1:00:29 PM | Investment | 126.93616100 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.98183798 |
| 6/1/2022 | 2:42:13 PM | Investment | 189.97888100 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 1.07157747 |
| 7/1/2022 | 11:43:05 AM | Investment | 232.91363700 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 1.25564682 |
| 8/1/2022 | 2:39:33 PM | Investment | 197.17168000 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 1.38281615 |
| 9/6/2022 | 9:51:25 AM | Investment | 245.47391500 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 1.46405550 |
| 10/1/2022 | 1:08:14 PM | Investment | 281.03335100 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 1.70683110 |
| 11/1/2022 | 3:22:30 PM | Investment | 295.41603500 |
| 11/30/2022 | 9:00:00 PM | Monthly Interest Summary | 0.93200172 |
| **DECENTRALAND** | | **Remaining Earn Balance = 3003.97497219** | |
| | | **Realized Losses = $2,072.74** | |

**REN**

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 3/4/2022 | 1:31:07 PM | Investment | 455.00946900 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.16832115 |
| 4/1/2022 | 6:34:40 PM | Investment | 404.94542700 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.34799611 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.36548068 |
| 6/1/2022 | 2:58:40 PM | Investment | 1268.74034000 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.77214500 |
| 7/1/2022 | 11:51:03 AM | Investment | 1800.32897700 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 1.48034669 |
| 8/1/2022 | 2:43:25 PM | Investment | 1346.43247600 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 2.00120122 |
| 9/6/2022 | 9:54:41 AM | Investment | 1543.60260100 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 2.41024690 |
| 10/1/2022 | 1:14:32 PM | Investment | 1696.46086200 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 3.19527996 |
| 11/1/2022 | 3:47:07 PM | Investment | 1140.67326700 |
| 11/30/2022 | 9:00:00 PM | Monthly Interest Summary | 1.81354401 |
| **REN** | | **Remaining Earn Balance = 9668.74798072** | |
|  | | **Realized Losses = $966.87** | |

**STORJ**

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 12/1/2021 | 12:42:56 PM | Investment | 115.17775700 |
| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 0.11744449 |
| 1/1/2022 | 4:37:28 PM | Investment | 108.40807700 |
| 1/31/2022 | 9:00:00 PM | Monthly Interest Summary | 0.22465375 |
| 2/1/2022 | 2:36:42 PM | Investment | 169.88600100 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 0.89332361 |
| 3/4/2022 | 1:15:52 PM | Investment | 193.05431700 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 1.43581333 |
| 4/1/2022 | 6:20:37 PM | Investment | 143.25395300 |
| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 1.79639607 |
| 5/3/2022 | 1:08:41 PM | Investment | 218.27186200 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 2.37601338 |
| 6/1/2022 | 2:48:18 PM | Investment | 333.52519900 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 3.15323869 |
| 7/1/2022 | 11:46:03 AM | Investment | 303.74653000 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 4.04477769 |
| 8/1/2022 | 2:41:14 PM | Investment | 276.04808800 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 4.76160172 |
| 9/6/2022 | 9:53:42 AM | Investment | 354.43652800 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 5.34140117 |
| 10/1/2022 | 1:10:51 PM | Investment | 436.03647400 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 6.71891485 |
| 11/1/2022 | 4:02:20 PM | Investment | 323.21966400 |

| 11/30/2022 | 9:00:00 PM | Monthly Interest Summary | 3.69384331 |
|---|---|---|---|
| **STORJ** | | **Remaining Earn Balance = 3009.62187207** | |
|  | | **Realized Losses = $1,414.52** | |

## UNISWAP

| Gemini Earn Transactions | | | |
|---|---|---|---|
| Date | Time | Transaction | Token Amount |
| 7/1/2021 | 11:31:48 AM | Investment | 21.40056200 |
| 7/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.06217810 |
| 8/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.06444049 |
| 9/1/2021 | 11:52:46 AM | Investment | 13.02710600 |
| 9/30/2021 | 8:00:00 PM | Monthly Interest Summary | 0.09913206 |
| 10/3/2021 | 2:36:51 PM | Investment | 7.50580000 |
| 10/31/2021 | 8:00:00 PM | Monthly Interest Summary | 0.10402643 |
| 11/1/2021 | 12:00:22 PM | Investment | 7.81546900 |
| 11/30/2021 | 9:00:00 PM | Monthly Interest Summary | 0.12175384 |
| 12/1/2021 | 12:41:43 PM | Investment | 13.55505400 |
| 12/31/2021 | 9:00:00 PM | Monthly Interest Summary | 0.07963828 |
| 1/1/2022 | 4:38:28 PM | Investment | 11.38970400 |
| 1/31/2022 | 9:00:00 PM | Monthly Interest Summary | 0.09322704 |
| 2/1/2022 | 2:37:08 PM | Investment | 17.21167500 |
| 2/28/2022 | 9:00:00 PM | Monthly Interest Summary | 0.07053610 |
| 3/4/2022 | 1:10:00 PM | Investment | 21.11552900 |
| 3/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.09430443 |
| 4/1/2022 | 6:09:13 PM | Investment | 16.29973400 |

| 4/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.10653519 |
|---|---|---|---|
| 5/3/2022 | 1:04:44 PM | Investment | 27.76783300 |
| 5/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.13194945 |
| 6/1/2022 | 2:45:42 PM | Investment | 35.34572400 |
| 6/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.15810383 |
| 7/1/2022 | 11:45:42 AM | Investment | 40.67597100 |
| 7/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.19795758 |
| 8/1/2022 | 2:37:49 PM | Investment | 23.42317700 |
| 8/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.21850068 |
| 9/6/2022 | 9:51:57 AM | Investment | 30.22970300 |
| 9/30/2022 | 8:00:00 PM | Monthly Interest Summary | 0.23213390 |
| 10/1/2022 | 1:05:39 PM | Investment | 29.88350500 |
| 10/31/2022 | 8:00:00 PM | Monthly Interest Summary | 0.26814374 |
| 11/1/2022 | 2:58:13 PM | Investment | 26.85267200 |
| 11/30/2022 | 9:00:00 PM | Monthly Interest Summary | 0.14274026 |
| **UNISWAP** | | **Remaining Earn Balance = 345.74451941** | |
| | | **Realized Losses = $2,382.18** | |

**TOTAL REALIZED LOSSES = $1,287,667.24**

*All attempted redemptions on or after November 16 , 2022 were not fulfilled by Gemini and therefore such attempted redemptions are not included in this schedule.

*Losses are based on market value as of February 24, 2023.