

Phillip Kim
pkim@rosenlegal.com
February 27, 2023

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 21A
New York, NY 10007

    Re:    *Picha et al v. Gemini Trust Company, LLC, et al.,* No. 1:22-cv-10922-NRB

Dear Judge Buchwald:

    I write on behalf of Lead Plaintiff Movant Richard Zembol pursuant to Rule 2.E.1. of Your Honor's Individual Practices. I respectfully submit this letter regarding Mr. Zembol's Motion pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") for appointment as Lead Plaintiff and approval of selection of The Rosen Law Firm, P.A. as Lead Counsel.

    Mr. Zembol requests appointment as Lead Plaintiff pursuant to the PSLRA based on its satisfaction of the statutory criteria for appointment. *See 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I)*; 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I).

    Mr. Zembol moves for approval of The Rosen Law Firm, P.A. as Lead Counsel for the class on the grounds that the firm is qualified to represent the class, and the PSLRA permits the Lead Plaintiff to Select Counsel, subject to the approval of the Court. *See 15 U.S.C. § 77z-1(a)(3)(B)(v);* 15 U.S.C. § 78u-4(a)(3)(B)(v).

    For the forgoing reasons, and as set forth in his briefing filed concurrently herewith, Mr. Zembol respectfully requests that the Court grant his Motion.

                                      Respectfully,

                                      /s/ Phillip Kim

Phillip Kim

cc:     All counsel of record (via ECF)