# Exhibit 3

**Gemini Trust Company, LLC Loss Chart**
**between February 2, 2021 and December 27, 2022**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Richard Zembol | 9/21/2021 | 250 | ($1.00) | ($250.00) | | | | | | | |
| Account 1 | 9/20/2021 | 2,000 | ($1.00) | ($2,000.00) | | | | | | | |
| | 9/17/2021 | 2,000 | ($1.00) | ($2,000.00) | | | | | | | |
| | 9/15/2021 | 1,000 | ($1.00) | ($1,000.00) | | | | | | | |
| | 9/21/2021 | 250 | ($1.00) | ($250.00) | | | | | | | |
| | 3/10/2022 | 5,000 | ($1.00) | ($5,000.00) | | | | | | | |
| | 3/9/2022 | 5,000 | ($1.00) | ($5,000.00) | | | | | | | |
| | 5/10/2022 | 3,000 | ($1.00) | ($3,000.00) | | | | | | | |
| | 4/28/2022 | 5,000 | ($1.00) | ($5,000.00) | | | | | | | |
| | 8/10/2022 | 15,000 | ($1.00) | ($15,000.00) | | | | | | | |
| | 8/9/2022 | 25,000 | ($1.00) | ($25,000.00) | | | | | | | |
| | 7/28/2022 | 5,000 | ($1.00) | ($5,000.00) | | | | | | | |
| | 9/1/2022 | 5,000 | ($1.00) | ($5,000.00) | | | | | | | |
| | 8/14/2022 | 5,000 | ($1.00) | ($5,000.00) | | | | | | | |
| | 8/12/2022 | 25,000 | ($1.00) | ($25,000.00) | | | | | | | |
| | 8/10/2022 | 15,000 | ($1.00) | ($15,000.00) | | | | | | | |
| | 10/7/2022 | 5,000 | ($1.00) | ($5,000.00) | | | | | | | |
| | 9/30/2022 | 5,000 | ($1.00) | ($5,000.00) | | | | | | | |
| | 9/8/2022 | 15,000 | ($1.00) | ($15,000.00) | | | | | | | |
| | 9/1/2022 | 5,000 | ($1.00) | ($5,000.00) | | | | | | | |
| | 10/22/2022 | 3,000 | ($1.00) | ($3,000.00) | | | | | | | |
| | | | | **($151,500.00)** | | | | | 151,500.00 | $0.00 | ($151,500.00) |
| Account 2 | 3/1/2022 | 50,000 | ($1.00) | **($50,000.00)** | | | | | 50,000.00 | $0.00 | ($50,000.00) |
| | | | | | | | | | | | **($201,500.00)** |