# EXHIBIT B

# CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Gregory Ingallina, certify that:

1. I have reviewed the facts and allegations of the complaint filed in this action.
2. I did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. I understand that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.
4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchaser of the securities described herein (including, as the case may be, myself, my immediate family, any co-owners, any corporations or other entities, and/or any beneficial owners).
5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. I understand that this is not a claim form and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.
7. I have listed all of my relevant transactions involving Gemini Interest Accounts ("GIAs") and/or the Gemini Earn program that are the subject of this action in the attached schedule.
8. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except (if any):

    I declare under penalty of perjury, under the laws of the United States, that the information herein is accurate.

DocuSigned by:

*Gregory Ingallina*
C6CB5951630A45E...
Gregory Ingallina

02/24/23 | 3:03 PM PST
Date

2754536.1

**Gemini Trust Company, LLC (Gemini Earn)**                                              **Greg Ingallina**

**List of Deposits and Redemptions**

| Date | Transaction Type | Asset | Quantity |
|---|---|---|---|
| 2022-03-02 | Deposit | GUSD | 50,050.00 |
| 2022-03-31 | Monthly Interest Summary | GUSD | 298.03 |
| 2022-04-30 | Monthly Interest Summary | GUSD | 276.75 |
| 2022-05-31 | Monthly Interest Summary | GUSD | 287.57 |
| 2022-06-30 | Monthly Interest Summary | GUSD | 279.85 |
| 2022-07-31 | Monthly Interest Summary | GUSD | 295.54 |
| 2022-08-31 | Monthly Interest Summary | GUSD | 303.03 |
| 2022-09-26 | Redeem | GUSD | (2,036.44) |
| 2022-09-30 | Monthly Interest Summary | GUSD | 293.02 |
| 2022-10-27 | Deposit | GUSD | 185,000.00 |
| 2022-10-31 | Monthly Interest Summary | GUSD | 338.83 |
| 2022-11-14 | Redeem | GUSD | (2,000.00) |
| 2022-11-16 | Monthly Interest Summary | GUSD | 532.36 |
| 2022-11-17 | Redeem | GUSD | (233,918.53) |

# CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Bartholomew Ingallina, certify that:

1. I have reviewed the facts and allegations of the complaint filed in this action.
2. I did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. I understand that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.
4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchaser of the securities described herein (including, as the case may be, myself, my immediate family, any co-owners, any corporations or other entities, and/or any beneficial owners).
5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. I understand that this is not a claim form and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.
7. I have listed all of my relevant transactions involving Gemini Interest Accounts ("GIAs") and/or the Gemini Earn program that are the subject of this action in the attached schedule.
8. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except (if any):

I declare under penalty of perjury, under the laws of the United States, that the information herein is accurate.

DocuSigned by:
*Bartholomew Ingallina*
E4925FD1C03C4A5...
Bartholomew Ingallina

02/24/23 | 9:09 PM PST
Date

2754706.1

**Gemini Trust Company, LLC (Gemini Earn)**                                                                                      **Bart Ingallina**
List of Deposits and Redemptions

| Date | Transaction Type | Asset | Quantity |
|---|---|---|---|
| 2022-01-25 | Deposit | GUSD | 1,000.00 |
| 2022-01-25 | Redeem | GUSD | (1,000.00) |
| 2022-01-25 | Deposit | GUSD | 25,000.00 |
| 2022-01-25 | Deposit | BTC | 4.71 |
| 2022-01-26 | Deposit | GUSD | 25,000.00 |
| 2022-01-26 | Redeem | BTC | (4.71) |
| 2022-01-27 | Deposit | GUSD | 25,000.00 |
| 2022-01-28 | Deposit | GUSD | 20,000.00 |
| 2022-01-31 | Monthly Interest Summary | GUSD | 92.28 |
| 2022-02-01 | Deposit | GUSD | 120,000.75 |
| 2022-02-05 | Redeem | GUSD | (249.00) |
| 2022-02-06 | Redeem | GUSD | (46.00) |
| 2022-02-07 | Redeem | GUSD | (46.00) |
| 2022-02-09 | Redeem | GUSD | (91.00) |
| 2022-02-11 | Redeem | GUSD | (91.00) |
| 2022-02-14 | Redeem | GUSD | (137.00) |
| 2022-02-15 | Redeem | GUSD | (46.00) |
| 2022-02-17 | Redeem | GUSD | (91.00) |
| 2022-02-19 | Redeem | GUSD | (45.00) |
| 2022-02-21 | Redeem | GUSD | (92.00) |
| 2022-02-21 | Redeem | GUSD | (45.00) |
| 2022-02-22 | Redeem | GUSD | (46.00) |
| 2022-02-23 | Redeem | GUSD | (45.00) |
| 2022-02-25 | Redeem | GUSD | (46.00) |
| 2022-02-25 | Redeem | GUSD | (46.00) |
| 2022-02-26 | Redeem | GUSD | (45.00) |
| 2022-02-28 | Redeem | GUSD | (91.00) |
| 2022-02-28 | Monthly Interest Summary | GUSD | 1,251.38 |
| 2022-03-01 | Redeem | GUSD | (46.00) |
| 2022-03-07 | Redeem | GUSD | (274.00) |
| 2022-03-09 | Redeem | GUSD | (45.00) |
| 2022-03-10 | Redeem | GUSD | (46.00) |
| 2022-03-11 | Redeem | GUSD | (45.00) |
| 2022-03-15 | Redeem | GUSD | (228.00) |
| 2022-03-15 | Redeem | GUSD | (70,000.00) |
| 2022-03-17 | Redeem | GUSD | (62.00) |
| 2022-03-18 | Redeem | GUSD | (31.00) |
| 2022-03-21 | Redeem | GUSD | (61.00) |
| 2022-03-22 | Redeem | GUSD | (62.00) |
| 2022-03-25 | Redeem | GUSD | (61.00) |
| 2022-03-26 | Redeem | GUSD | (31.00) |
| 2022-03-27 | Redeem | GUSD | (62.00) |

| Date | Type | Currency | Amount |
|---|---|---|---|
| 2022-03-28 | Redeem | GUSD | (5,000.00) |
| 2022-03-29 | Redeem | GUSD | (5,000.00) |
| 2022-03-31 | Redeem | GUSD | (118.00) |
| 2022-03-31 | Monthly Interest Summary | GUSD | 1,155.02 |
| 2022-04-05 | Redeem | GUSD | (128.00) |
| 2022-04-10 | Redeem | GUSD | (98.00) |
| 2022-04-11 | Redeem | GUSD | (25.00) |
| 2022-04-19 | Redeem | GUSD | (198.00) |
| 2022-04-24 | Redeem | GUSD | (148.00) |
| 2022-04-26 | Redeem | GUSD | (24.00) |
| 2022-04-29 | Redeem | GUSD | (74.00) |
| 2022-04-30 | Monthly Interest Summary | GUSD | 740.47 |
| 2022-05-01 | Redeem | GUSD | (50.00) |
| 2022-05-02 | Redeem | GUSD | (49.00) |
| 2022-05-03 | Redeem | GUSD | (25.00) |
| 2022-05-04 | Redeem | GUSD | (5,000.00) |
| 2022-05-04 | Redeem | GUSD | (10,000.00) |
| 2022-05-05 | Redeem | GUSD | (48.00) |
| 2022-05-09 | Redeem | GUSD | (2,000.00) |
| 2022-05-11 | Redeem | GUSD | (2,131.00) |
| 2022-05-13 | Redeem | GUSD | (22.00) |
| 2022-05-13 | Redeem | GUSD | (21.00) |
| 2022-05-16 | Redeem | GUSD | (63.00) |
| 2022-05-17 | Redeem | GUSD | (22.00) |
| 2022-05-20 | Redeem | GUSD | (63.00) |
| 2022-05-23 | Redeem | GUSD | (43.00) |
| 2022-05-25 | Redeem | GUSD | (42.00) |
| 2022-05-27 | Redeem | GUSD | (64.00) |
| 2022-05-30 | Redeem | GUSD | (42.00) |
| 2022-05-31 | Monthly Interest Summary | GUSD | 674.30 |
| 2022-06-06 | Redeem | GUSD | (149.00) |
| 2022-06-08 | Redeem | GUSD | (500.00) |
| 2022-06-10 | Redeem | GUSD | (105.00) |
| 2022-06-13 | Redeem | GUSD | (64.00) |
| 2022-06-14 | Redeem | GUSD | (1,000.00) |
| 2022-06-14 | Redeem | GUSD | (1,000.00) |
| 2022-06-15 | Redeem | GUSD | (1,000.00) |
| 2022-06-15 | Redeem | GUSD | (1,000.00) |
| 2022-06-16 | Redeem | GUSD | (2,000.00) |
| 2022-06-17 | Redeem | GUSD | (1,000.00) |
| 2022-06-18 | Redeem | GUSD | (1,000.00) |
| 2022-06-21 | Redeem | GUSD | (2,641.00) |
| 2022-06-22 | Redeem | GUSD | (2,000.00) |
| 2022-06-23 | Redeem | GUSD | (3,039.00) |
| 2022-06-23 | Redeem | GUSD | (3,000.00) |
| 2022-06-30 | Monthly Interest Summary | GUSD | 595.11 |
| 2022-07-03 | Redeem | GUSD | (3,000.00) |

| Date | Type | Currency | Amount |
|---|---|---|---|
| 2022-07-13 | Redeem | GUSD | (369.00) |
| 2022-07-14 | Redeem | GUSD | (3,000.00) |
| 2022-07-18 | Redeem | GUSD | (83.00) |
| 2022-07-20 | Redeem | GUSD | (35.00) |
| 2022-07-20 | Deposit | BTC | 1.00 |
| 2022-07-22 | Deposit | BTC | 1.00 |
| 2022-07-25 | Deposit | BTC | 1.00 |
| 2022-07-29 | Redeem | GUSD | (2,222.00) |
| 2022-07-29 | Deposit | BTC | 1.40 |
| 2022-07-30 | Redeem | GUSD | (10,000.00) |
| 2022-07-31 | Monthly Interest Summary | GUSD | 529.77 |
| 2022-07-31 | Monthly Interest Summary | BTC | 0.00 |
| 2022-08-04 | Deposit | GUSD | 18,834.00 |
| 2022-08-04 | Deposit | BTC | 0.76 |
| 2022-08-16 | Redeem | GUSD | (9,000.00) |
| 2022-08-17 | Redeem | GUSD | (9,000.00) |
| 2022-08-18 | Redeem | GUSD | (600.00) |
| 2022-08-31 | Monthly Interest Summary | GUSD | 506.98 |
| 2022-08-31 | Monthly Interest Summary | BTC | 0.01 |
| 2022-08-31 | Redeem | GUSD | (707.97) |
| 2022-09-14 | Redeem | GUSD | (209.78) |
| 2022-09-29 | Redeem | GUSD | (224.00) |
| 2022-09-29 | Deposit | MATIC | 547.62 |
| 2022-09-30 | Monthly Interest Summary | MATIC | 0.08 |
| 2022-09-30 | Monthly Interest Summary | GUSD | 449.24 |
| 2022-09-30 | Monthly Interest Summary | BTC | 0.01 |
| 2022-10-31 | Monthly Interest Summary | MATIC | 2.35 |
| 2022-10-31 | Monthly Interest Summary | GUSD | 396.96 |
| 2022-10-31 | Monthly Interest Summary | BTC | 0.01 |
| 2022-11-01 | Redeem | GUSD | (427.51) |
| 2022-11-03 | Deposit | GUSD | 1,200.00 |
| 2022-11-16 | Monthly Interest Summary | GUSD | 180.94 |
| 2022-11-16 | Monthly Interest Summary | BTC | 0.01 |
| 2022-11-17 | Redeem | GUSD | (80,380.94) |
| 2022-11-17 | Redeem | BTC | (5.20) |
| 2022-11-19 | Redeem | MATIC | (551.12) |
| 2022-11-30 | Monthly Interest Summary | MATIC | 1.08 |
| 2022-12-31 | Monthly Interest Summary | MATIC | 0.00 |
| 2023-01-09 | Monthly Interest Summary | MATIC | 0.00 |
| 2023-01-10 | Redeem | MATIC | (0.00) |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Tze Ling Ng, certify that:

1. I have reviewed the facts and allegations of the complaint filed in this action.

2. I did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. I understand that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchaser of the securities described herein (including, as the case may be, myself, my immediate family, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. I have listed all of my relevant transactions involving Gemini Interest Accounts ("GIAs") and/or the Gemini Earn program that are the subject of this action in the attached schedule.

8. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except (if any):

I declare under penalty of perjury, under the laws of the United States, that the information herein is accurate.

Executed this 22 day of Feb, 2023

_____
Tze Ling Ng

2753293.1

**Gemini Trust Company, LLC (Gemini Earn)**  **Tze Ling Ng**
List of Deposits and Redemptions

| Date | Transaction Type | Asset | Quantity |
|---|---|---|---|
| 2021-12-11 | Deposit | GUSD | 10,000.0000 |
| 2021-12-11 | Deposit | GUSD | 60,000.0000 |
| 2021-12-31 | Monthly Interest Summary | GUSD | 267.6712 |
| 2022-01-31 | Monthly Interest Summary | GUSD | 463.3908 |
| 2022-02-16 | Deposit | GUSD | 20,000.0000 |
| 2022-02-16 | Deposit | GUSD | 5,112.2900 |
| 2022-02-17 | Deposit | GUSD | 19,677.0000 |
| 2022-02-18 | Deposit | GUSD | 6,701.2600 |
| 2022-02-28 | Monthly Interest Summary | GUSD | 545.3206 |
| 2022-03-01 | Deposit | GUSD | 11,000.0000 |
| 2022-03-10 | Deposit | ETH | 6.0000 |
| 2022-03-31 | Monthly Interest Summary | ETH | 0.0043 |
| 2022-03-31 | Monthly Interest Summary | GUSD | 879.7988 |
| 2022-04-30 | Monthly Interest Summary | ETH | 0.0062 |
| 2022-04-30 | Monthly Interest Summary | GUSD | 740.1184 |
| 2022-05-31 | Monthly Interest Summary | ETH | 0.0064 |
| 2022-05-31 | Monthly Interest Summary | GUSD | 769.0632 |
| 2022-06-20 | Redeem | GUSD | (36,629.0000) |
| 2022-06-30 | Monthly Interest Summary | ETH | 0.0062 |
| 2022-06-30 | Monthly Interest Summary | GUSD | 681.4232 |
| 2022-07-06 | Deposit | GUSD | 37,000.0000 |
| 2022-07-31 | Monthly Interest Summary | ETH | 0.0104 |
| 2022-07-31 | Monthly Interest Summary | GUSD | 751.3345 |
| 2022-08-31 | Monthly Interest Summary | ETH | 0.0153 |
| 2022-08-31 | Monthly Interest Summary | GUSD | 811.9566 |
| 2022-09-30 | Monthly Interest Summary | ETH | 0.0149 |
| 2022-09-30 | Monthly Interest Summary | GUSD | 790.3141 |
| 2022-10-31 | Monthly Interest Summary | ETH | 0.0132 |
| 2022-10-31 | Monthly Interest Summary | GUSD | 700.9988 |
| 2022-11-15 | Monthly Interest Summary | ETH | 0.0056 |
| 2022-11-16 | Redeem | ETH | (6.0825) |
| 2022-11-19 | Monthly Interest Summary | GUSD | 317.5213 |
| 2022-11-20 | Redeem | GUSD | (140,580.4600) |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Christine Hogan, certify that:

1. I have reviewed the facts and allegations of the complaint filed in this action.
2. I did not acquire the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. I understand that a Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.
4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchaser of the securities described herein (including, as the case may be, myself, my immediate family, any co-owners, any corporations or other entities, and/or any beneficial owners).
5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. I understand that this is not a claim form and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.
7. I have listed all of my relevant transactions involving Gemini Interest Accounts ("GIAs") and/or the Gemini Earn program that are the subject of this action in the attached schedule.
8. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except (if any):

I declare under penalty of perjury, under the laws of the United States, that the information herein is accurate.

DocuSigned by:

*Christine Hogan*
────────────────────────────
0D758F1E21624FA...
Christine Hogan

02/23/23 | 5:30 PM PST
────────────────────────
Date

**Gemini Trust Company, LLC (Gemini Earn)**                                      **Christine Hogan**

## List of Deposits and Redemptions

| Date | Transaction Type | Asset | Quantity |
|---|---|---|---|
| 2021-11-09 | Deposit | GUSD | 5,000.0000 |
| 2021-11-30 | Monthly Interest Summary | GUSD | 22.3130 |
| 2021-12-26 | Deposit | GRT | 656.8428 |
| 2021-12-31 | Monthly Interest Summary | GUSD | 33.1204 |
| 2021-12-31 | Monthly Interest Summary | GRT | 0.4486 |
| 2022-01-31 | Monthly Interest Summary | GUSD | 33.3388 |
| 2022-01-31 | Monthly Interest Summary | GRT | 3.4868 |
| 2022-02-28 | Monthly Interest Summary | GUSD | 30.3014 |
| 2022-02-28 | Monthly Interest Summary | GRT | 1.5224 |
| 2022-03-31 | Monthly Interest Summary | GUSD | 33.7585 |
| 2022-03-31 | Monthly Interest Summary | GRT | 1.6896 |
| 2022-04-10 | Redeem | GRT | (664.4815) |
| 2022-04-30 | Monthly Interest Summary | GUSD | 28.3238 |
| 2022-04-30 | Monthly Interest Summary | GRT | 0.4913 |
| 2022-05-31 | Monthly Interest Summary | GUSD | 29.4315 |
| 2022-05-31 | Monthly Interest Summary | GRT | 0.0000 |
| 2022-06-30 | Monthly Interest Summary | GUSD | 28.6412 |
| 2022-06-30 | Monthly Interest Summary | GRT | 0.0000 |
| 2022-07-31 | Monthly Interest Summary | GUSD | 30.2463 |
| 2022-07-31 | Monthly Interest Summary | GRT | 0.0000 |
| 2022-08-31 | Monthly Interest Summary | GUSD | 31.0133 |
| 2022-08-31 | Monthly Interest Summary | GRT | 0.0000 |
| 2022-09-27 | Deposit | GRT | 664.4815 |
| 2022-09-27 | Deposit | COMP | 5.3989 |
| 2022-09-27 | Deposit | MANA | 506.0856 |
| 2022-09-27 | Deposit | AAVE | 2.9329 |
| 2022-09-27 | Deposit | MATIC | 738.9166 |
| 2022-09-27 | Deposit | ETH | 15.3315 |
| 2022-09-27 | Deposit | BTC | 4.0271 |
| 2022-09-27 | Deposit | UNI | 19.9742 |
| 2022-09-27 | Deposit | AXS | 19.9571 |
| 2022-09-30 | Monthly Interest Summary | MATIC | 0.3106 |
| 2022-09-30 | Monthly Interest Summary | MANA | 0.0312 |
| 2022-09-30 | Monthly Interest Summary | AAVE | 0.0002 |
| 2022-09-30 | Monthly Interest Summary | GUSD | 30.1866 |
| 2022-09-30 | Monthly Interest Summary | COMP | 0.0010 |
| 2022-09-30 | Monthly Interest Summary | UNI | 0.0016 |
| 2022-09-30 | Monthly Interest Summary | ETH | 0.0038 |
| 2022-09-30 | Monthly Interest Summary | GRT | 0.1349 |
| 2022-09-30 | Monthly Interest Summary | BTC | 0.0009 |
| 2022-09-30 | Monthly Interest Summary | AXS | 0.0108 |
| 2022-10-31 | Monthly Interest Summary | MANA | 0.3225 |

| Date | Type | Asset | Amount |
|---|---|---|---|
| 2022-10-31 | Monthly Interest Summary | AAVE | 0.0031 |
| 2022-10-31 | Monthly Interest Summary | GUSD | 26.7752 |
| 2022-10-31 | Monthly Interest Summary | COMP | 0.0103 |
| 2022-10-31 | Monthly Interest Summary | UNI | 0.0170 |
| 2022-10-31 | Monthly Interest Summary | ETH | 0.0334 |
| 2022-10-31 | Monthly Interest Summary | GRT | 1.3957 |
| 2022-10-31 | Monthly Interest Summary | BTC | 0.0093 |
| 2022-10-31 | Monthly Interest Summary | AXS | 0.1124 |
| 2022-10-31 | Monthly Interest Summary | MATIC | 3.0423 |
| 2022-11-17 | Monthly Interest Summary | ETH | 0.0142 |
| 2022-11-17 | Monthly Interest Summary | BTC | 0.0042 |
| 2022-11-17 | Redeem | BTC | (4.0414) |
| 2022-11-17 | Redeem | ETH | (15.3830) |
| 2022-11-30 | Monthly Interest Summary | MATIC | 2.6944 |
| 2022-11-30 | Monthly Interest Summary | MANA | 0.1582 |
| 2022-11-30 | Monthly Interest Summary | AAVE | 0.0015 |
| 2022-11-30 | Monthly Interest Summary | GUSD | 12.1441 |
| 2022-11-30 | Monthly Interest Summary | COMP | 0.0050 |
| 2022-11-30 | Monthly Interest Summary | UNI | 0.0083 |
| 2022-11-30 | Monthly Interest Summary | GRT | 0.6791 |
| 2022-11-30 | Monthly Interest Summary | AXS | 0.0547 |
| 2022-12-31 | Monthly Interest Summary | MATIC | 2.7011 |
| 2022-12-31 | Monthly Interest Summary | MANA | 0.0043 |
| 2022-12-31 | Monthly Interest Summary | AAVE | 0.0000 |
| 2022-12-31 | Monthly Interest Summary | GUSD | 0.0456 |
| 2022-12-31 | Monthly Interest Summary | COMP | 0.0000 |
| 2022-12-31 | Monthly Interest Summary | UNI | 0.0002 |
| 2022-12-31 | Monthly Interest Summary | AXS | 0.0002 |
| 2022-12-31 | Monthly Interest Summary | GRT | 0.0057 |
| 2023-01-09 | Monthly Interest Summary | MANA | 0.0012 |
| 2023-01-09 | Monthly Interest Summary | AAVE | 0.0000 |
| 2023-01-09 | Monthly Interest Summary | GUSD | 0.0132 |
| 2023-01-09 | Monthly Interest Summary | COMP | 0.0000 |
| 2023-01-09 | Monthly Interest Summary | UNI | 0.0000 |
| 2023-01-09 | Monthly Interest Summary | AXS | 0.0000 |
| 2023-01-09 | Monthly Interest Summary | GRT | 0.0016 |
| 2023-01-10 | Redeem | AXS | (20.1352) |
| 2023-01-10 | Redeem | MANA | (506.6030) |
| 2023-01-10 | Redeem | AAVE | (2.9377) |
| 2023-01-10 | Redeem | GRT | (666.6985) |
| 2023-01-10 | Redeem | UNI | (20.0013) |
| 2023-01-10 | Redeem | COMP | (5.4153) |
| 2023-01-10 | Redeem | GUSD | (5,369.6500) |
| 2023-01-31 | Monthly Interest Summary | MATIC | 2.5623 |