# EXHIBIT C

**Eddie Ng**
**ETH**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 3/10/2022 | Deposit | ETH | 6.0000006200 | | |
| 3/31/2022 | Monthly Interest Summary | ETH | 0.0043165470 | | |
| 4/30/2022 | Monthly Interest Summary | ETH | 0.0061718833 | | |
| 5/31/2022 | Monthly Interest Summary | ETH | 0.0063842776 | | |
| 6/30/2022 | Monthly Interest Summary | ETH | 0.0061847898 | | |
| 7/31/2022 | Monthly Interest Summary | ETH | 0.0104227799 | | |
| 8/31/2022 | Monthly Interest Summary | ETH | 0.0153405772 | | |
| 9/30/2022 | Monthly Interest Summary | ETH | 0.0148828564 | | |
| 10/31/2022 | Monthly Interest Summary | ETH | 0.0132145141 | | |
| 11/15/2022 | Monthly Interest Summary | ETH | 0.0056214941 | | |
| 11/16/2022 | Redeem | ETH | (6.0825403395) | $1,215.6000 | ($7,393.94) |

**Eddie Ng**
**GUSD**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 12/11/2021 | Deposit | GUSD | 10,000.0000000000 | | |
| 12/11/2021 | Deposit | GUSD | 60,000.0000000000 | | |
| 12/31/2021 | Monthly Interest Summary | GUSD | 267.6711760000 | | |
| 1/31/2022 | Monthly Interest Summary | GUSD | 463.3907740000 | | |
| 2/16/2022 | Deposit | GUSD | 20,000.0000000000 | | |
| 2/16/2022 | Deposit | GUSD | 5,112.2900000000 | | |
| 2/17/2022 | Deposit | GUSD | 19,677.0000000000 | | |
| 2/18/2022 | Deposit | GUSD | 6,701.2600000000 | | |
| 2/28/2022 | Monthly Interest Summary | GUSD | 545.3205520000 | | |
| 3/1/2022 | Deposit | GUSD | 11,000.0000000000 | | |
| 3/31/2022 | Monthly Interest Summary | GUSD | 879.7987740000 | | |
| 4/30/2022 | Monthly Interest Summary | GUSD | 740.1184480000 | | |
| 5/31/2022 | Monthly Interest Summary | GUSD | 769.0632360000 | | |
| 6/20/2022 | Redeem | GUSD | (36,629.0000000000) | | |
| 6/30/2022 | Monthly Interest Summary | GUSD | 681.4232320000 | | |
| 7/6/2022 | Deposit | GUSD | 37,000.0000000000 | | |

| | | | | | |
|---|---|---|---|---|---|
| 7/31/2022 | Monthly Interest Summary | GUSD | 751.3344860000 | | |
| 8/31/2022 | Monthly Interest Summary | GUSD | 811.9565710000 | | |
| 9/30/2022 | Monthly Interest Summary | GUSD | 790.3141350000 | | |
| 10/31/2022 | Monthly Interest Summary | GUSD | 700.9987800000 | | |
| 11/19/2022 | Monthly Interest Summary | GUSD | 317.5213490000 | | |
| 11/20/2022 | Redeem | GUSD | (140,580.4600000000) | $1.0000 | ($140,580.46) |

**Eddie Ng Total** **($147,974.40)**

**Christine Hogan**
**AAVE**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 9/27/2022 | Deposit | AAVE | 2.9328530000 | | |
| 9/30/2022 | Monthly Interest Summary | AAVE | 0.0002410630 | | |
| 10/31/2022 | Monthly Interest Summary | AAVE | 0.0030567795 | | |
| 11/30/2022 | Monthly Interest Summary | AAVE | 0.0015328031 | | |
| 12/31/2022 | Monthly Interest Summary | AAVE | 0.0000249503 | | |
| 1/9/2023 | Monthly Interest Summary | AAVE | 0.0000072437 | | |
| 1/10/2023 | Redeem | AAVE | (2.9377158396) | $61.8400 | ($181.67) |

**Christine Hogan**
**AXS**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 9/27/2022 | Deposit | AXS | 19.9570500000 | | |
| 9/30/2022 | Monthly Interest Summary | AXS | 0.0108443829 | | |
| 10/31/2022 | Monthly Interest Summary | AXS | 0.1124042563 | | |
| 11/30/2022 | Monthly Interest Summary | AXS | 0.0546988416 | | |
| 12/31/2022 | Monthly Interest Summary | AXS | 0.0001710103 | | |
| 1/9/2023 | Monthly Interest Summary | AXS | 0.0000496484 | | |
| 1/10/2023 | Redeem | AXS | (20.1352181395) | $7.4928 | ($150.87) |

**Christine Hogan**
**BTC**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 9/27/2022 | Deposit | BTC | 4.0270553500 | | |
| 9/30/2022 | Monthly Interest Summary | BTC | 0.0008970518 | | |
| 10/31/2022 | Monthly Interest Summary | BTC | 0.0092812442 | | |
| 11/17/2022 | Monthly Interest Summary | BTC | 0.0041520465 | | |
| 11/17/2022 | Redeem | BTC | (4.0413856900) | $16,687.5200 | ($67,440.70) |

**Christine Hogan**
**COMP**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 9/27/2022 | Deposit | COMP | 5.3989220000 | | |
| 9/30/2022 | Monthly Interest Summary | COMP | 0.0009984923 | | |
| 10/31/2022 | Monthly Interest Summary | COMP | 0.0103285734 | | |
| 11/30/2022 | Monthly Interest Summary | COMP | 0.0050270413 | | |
| 12/31/2022 | Monthly Interest Summary | COMP | 0.0000459929 | | |
| 1/9/2023 | Monthly Interest Summary | COMP | 0.0000133529 | | |
| 1/10/2023 | Redeem | COMP | (5.4153354529) | $36.1200 | ($195.60) |

**Christine Hogan**
**ETH**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 9/27/2022 | Deposit | ETH | 15.3315450000 | | |
| 9/30/2022 | Monthly Interest Summary | ETH | 0.0037680883 | | |
| 10/31/2022 | Monthly Interest Summary | ETH | 0.0334199524 | | |
| 11/17/2022 | Monthly Interest Summary | ETH | 0.0142253775 | | |
| 11/17/2022 | Redeem | ETH | (15.3829584183) | $1,200.8100 | ($18,472.01) |

**Christine Hogan**
**GRT**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 12/26/2021 | Deposit | GRT | 656.8428070000 | | |
| 12/31/2021 | Monthly Interest Summary | GRT | 0.4485675073 | | |
| 1/31/2022 | Monthly Interest Summary | GRT | 3.4868007698 | | |
| 2/28/2022 | Monthly Interest Summary | GRT | 1.5223835278 | | |
| 3/31/2022 | Monthly Interest Summary | GRT | 1.6895876736 | | |
| 4/10/2022 | Redeem | GRT | (664.4814787800) | | |
| 4/30/2022 | Monthly Interest Summary | GRT | 0.4913323051 | | |
| 5/31/2022 | Monthly Interest Summary | GRT | 0.0000000000 | | |
| 6/30/2022 | Monthly Interest Summary | GRT | 0.0000000000 | | |
| 7/31/2022 | Monthly Interest Summary | GRT | 0.0000000000 | | |
| 8/31/2022 | Monthly Interest Summary | GRT | 0.0000000000 | | |

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 9/27/2022 | Deposit | GRT | 664.4814787800 | | |
| 9/30/2022 | Monthly Interest Summary | GRT | 0.1349079717 | | |
| 10/31/2022 | Monthly Interest Summary | GRT | 1.3956538917 | | |
| 11/30/2022 | Monthly Interest Summary | GRT | 0.6791079960 | | |
| 12/31/2022 | Monthly Interest Summary | GRT | 0.0056623317 | | |
| 1/9/2023 | Monthly Interest Summary | GRT | 0.0016439117 | | |
| 1/10/2023 | Redeem | GRT | (666.6984548864) | $0.0728 | ($48.50) |

### Christine Hogan
### GUSD

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 11/9/2021 | Deposit | GUSD | 5,000.0000000000 | | |
| 11/30/2021 | Monthly Interest Summary | GUSD | 22.3130210000 | | |
| 12/31/2021 | Monthly Interest Summary | GUSD | 33.1203890000 | | |
| 1/31/2022 | Monthly Interest Summary | GUSD | 33.3388060000 | | |
| 2/28/2022 | Monthly Interest Summary | GUSD | 30.3014020000 | | |
| 3/31/2022 | Monthly Interest Summary | GUSD | 33.7584910000 | | |
| 4/30/2022 | Monthly Interest Summary | GUSD | 28.3237810000 | | |
| 5/31/2022 | Monthly Interest Summary | GUSD | 29.4314760000 | | |
| 6/30/2022 | Monthly Interest Summary | GUSD | 28.6412450000 | | |
| 7/31/2022 | Monthly Interest Summary | GUSD | 30.2463230000 | | |
| 8/31/2022 | Monthly Interest Summary | GUSD | 31.0132840000 | | |
| 9/30/2022 | Monthly Interest Summary | GUSD | 30.1866390000 | | |
| 10/31/2022 | Monthly Interest Summary | GUSD | 26.7751710000 | | |
| 11/30/2022 | Monthly Interest Summary | GUSD | 12.1441420000 | | |
| 12/31/2022 | Monthly Interest Summary | GUSD | 0.0456010000 | | |
| 1/9/2023 | Monthly Interest Summary | GUSD | 0.0132390000 | | |
| 1/10/2023 | Redeem | GUSD | (5,369.6500000000) | $1.0000 | ($5,369.65) |

### Christine Hogan
### MANA

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 9/27/2022 | Deposit | MANA | 506.0855650000 | | |
| 9/30/2022 | Monthly Interest Summary | MANA | 0.0311976964 | | |

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 10/31/2022 | Monthly Interest Summary | MANA | 0.3224888311 | | |
| 11/30/2022 | Monthly Interest Summary | MANA | 0.1581986465 | | |
| 12/31/2022 | Monthly Interest Summary | MANA | 0.0043026262 | | |
| 1/9/2023 | Monthly Interest Summary | MANA | 0.0012491564 | | |
| 1/10/2023 | Redeem | MANA | (506.6030019566) | $0.4023 | ($203.78) |

**Christine Hogan**
**MATIC**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 9/27/2022 | Deposit | MATIC | 738.9165760000 | | |
| 9/30/2022 | Monthly Interest Summary | MATIC | 0.3106318952 | | |
| 10/31/2022 | Monthly Interest Summary | MATIC | 3.0423359323 | | |
| 11/30/2022 | Monthly Interest Summary | MATIC | 2.6943866886 | | |
| 12/31/2022 | Monthly Interest Summary | MATIC | 2.7010706715 | | |
| 1/31/2023 | Monthly Interest Summary | MATIC | 2.5622908392 | $0.9163 | ($687.43) |

**Christine Hogan**
**UNI**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 9/27/2022 | Deposit | UNI | 19.9741720000 | | |
| 9/30/2022 | Monthly Interest Summary | UNI | 0.0016417577 | | |
| 10/31/2022 | Monthly Interest Summary | UNI | 0.0169727337 | | |
| 11/30/2022 | Monthly Interest Summary | UNI | 0.0082999856 | | |
| 12/31/2022 | Monthly Interest Summary | UNI | 0.0001698729 | | |
| 1/9/2023 | Monthly Interest Summary | UNI | 0.0000493182 | | |
| 1/10/2023 | Redeem | UNI | (20.0013056682) | $5.7900 | ($115.81) |

**Christine Hogan Total** ($92,866.03)

**Bart Ingallina**
**BTC**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 1/25/2022 | Deposit | BTC | 4.7134529300 | | |
| 1/26/2022 | Redeem | BTC | (4.7134529300) | | |
| 7/20/2022 | Deposit | BTC | 1.0000000000 | | |
| 7/22/2022 | Deposit | BTC | 1.0000000000 | | |
| 7/25/2022 | Deposit | BTC | 1.0000000000 | | |
| 7/29/2022 | Deposit | BTC | 1.4000000000 | | |
| 7/31/2022 | Monthly Interest Summary | BTC | 0.0021388935 | | |
| 8/4/2022 | Deposit | BTC | 0.7580233900 | | |
| 8/31/2022 | Monthly Interest Summary | BTC | 0.0116644930 | | |
| 9/30/2022 | Monthly Interest Summary | BTC | 0.0115321232 | | |
| 10/31/2022 | Monthly Interest Summary | BTC | 0.0119435423 | | |
| 11/16/2022 | Monthly Interest Summary | BTC | 0.0053416242 | | |
| 11/17/2022 | Redeem | BTC | (5.2006440600) | $16,687.5200 | ($86,785.85) |

**Bart Ingallina**
**GUSD**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 1/25/2022 | Deposit | GUSD | 1,000.0000000000 | | |
| 1/25/2022 | Redeem | GUSD | (1,000.0000000000) | | |
| 1/25/2022 | Deposit | GUSD | 25,000.0000000000 | | |
| 1/26/2022 | Deposit | GUSD | 25,000.0000000000 | | |
| 1/27/2022 | Deposit | GUSD | 25,000.0000000000 | | |
| 1/28/2022 | Deposit | GUSD | 20,000.0000000000 | | |
| 1/31/2022 | Monthly Interest Summary | GUSD | 92.2813880000 | | |
| 2/1/2022 | Deposit | GUSD | 120,000.7500000000 | | |
| 2/5/2022 | Redeem | GUSD | (249.0000000000) | | |
| 2/6/2022 | Redeem | GUSD | (46.0000000000) | | |
| 2/7/2022 | Redeem | GUSD | (46.0000000000) | | |
| 2/9/2022 | Redeem | GUSD | (91.0000000000) | | |
| 2/11/2022 | Redeem | GUSD | (91.0000000000) | | |
| 2/14/2022 | Redeem | GUSD | (137.0000000000) | | |

| Date | Type | Asset | Amount |
|---|---|---|---|
| 2/15/2022 | Redeem | GUSD | (46.0000000000) |
| 2/17/2022 | Redeem | GUSD | (91.0000000000) |
| 2/19/2022 | Redeem | GUSD | (45.0000000000) |
| 2/21/2022 | Redeem | GUSD | (92.0000000000) |
| 2/21/2022 | Redeem | GUSD | (45.0000000000) |
| 2/22/2022 | Redeem | GUSD | (46.0000000000) |
| 2/23/2022 | Redeem | GUSD | (45.0000000000) |
| 2/25/2022 | Redeem | GUSD | (46.0000000000) |
| 2/25/2022 | Redeem | GUSD | (46.0000000000) |
| 2/26/2022 | Redeem | GUSD | (45.0000000000) |
| 2/28/2022 | Redeem | GUSD | (91.0000000000) |
| 2/28/2022 | Monthly Interest Summary | GUSD | 1,251.3818300000 |
| 3/1/2022 | Redeem | GUSD | (46.0000000000) |
| 3/7/2022 | Redeem | GUSD | (274.0000000000) |
| 3/9/2022 | Redeem | GUSD | (45.0000000000) |
| 3/10/2022 | Redeem | GUSD | (46.0000000000) |
| 3/11/2022 | Redeem | GUSD | (45.0000000000) |
| 3/15/2022 | Redeem | GUSD | (228.0000000000) |
| 3/15/2022 | Redeem | GUSD | (70,000.0000000000) |
| 3/17/2022 | Redeem | GUSD | (62.0000000000) |
| 3/18/2022 | Redeem | GUSD | (31.0000000000) |
| 3/21/2022 | Redeem | GUSD | (61.0000000000) |
| 3/22/2022 | Redeem | GUSD | (62.0000000000) |
| 3/25/2022 | Redeem | GUSD | (61.0000000000) |
| 3/26/2022 | Redeem | GUSD | (31.0000000000) |
| 3/27/2022 | Redeem | GUSD | (62.0000000000) |
| 3/28/2022 | Redeem | GUSD | (5,000.0000000000) |
| 3/29/2022 | Redeem | GUSD | (5,000.0000000000) |
| 3/31/2022 | Redeem | GUSD | (118.0000000000) |
| 3/31/2022 | Monthly Interest Summary | GUSD | 1,155.0157370000 |
| 4/5/2022 | Redeem | GUSD | (128.0000000000) |
| 4/10/2022 | Redeem | GUSD | (98.0000000000) |
| 4/11/2022 | Redeem | GUSD | (25.0000000000) |
| 4/19/2022 | Redeem | GUSD | (198.0000000000) |

| Date | Type | Currency | Amount |
|---|---|---|---|
| 4/24/2022 | Redeem | GUSD | (148.0000000000) |
| 4/26/2022 | Redeem | GUSD | (24.0000000000) |
| 4/29/2022 | Redeem | GUSD | (74.0000000000) |
| 4/30/2022 | Monthly Interest Summary | GUSD | 740.4711600000 |
| 5/1/2022 | Redeem | GUSD | (50.0000000000) |
| 5/2/2022 | Redeem | GUSD | (49.0000000000) |
| 5/3/2022 | Redeem | GUSD | (25.0000000000) |
| 5/4/2022 | Redeem | GUSD | (5,000.0000000000) |
| 5/4/2022 | Redeem | GUSD | (10,000.0000000000) |
| 5/5/2022 | Redeem | GUSD | (48.0000000000) |
| 5/9/2022 | Redeem | GUSD | (2,000.0000000000) |
| 5/11/2022 | Redeem | GUSD | (2,131.0000000000) |
| 5/13/2022 | Redeem | GUSD | (22.0000000000) |
| 5/13/2022 | Redeem | GUSD | (21.0000000000) |
| 5/16/2022 | Redeem | GUSD | (63.0000000000) |
| 5/17/2022 | Redeem | GUSD | (22.0000000000) |
| 5/20/2022 | Redeem | GUSD | (63.0000000000) |
| 5/23/2022 | Redeem | GUSD | (43.0000000000) |
| 5/25/2022 | Redeem | GUSD | (42.0000000000) |
| 5/27/2022 | Redeem | GUSD | (64.0000000000) |
| 5/30/2022 | Redeem | GUSD | (42.0000000000) |
| 5/31/2022 | Monthly Interest Summary | GUSD | 674.3046530000 |
| 6/6/2022 | Redeem | GUSD | (149.0000000000) |
| 6/8/2022 | Redeem | GUSD | (500.0000000000) |
| 6/10/2022 | Redeem | GUSD | (105.0000000000) |
| 6/13/2022 | Redeem | GUSD | (64.0000000000) |
| 6/14/2022 | Redeem | GUSD | (1,000.0000000000) |
| 6/14/2022 | Redeem | GUSD | (1,000.0000000000) |
| 6/15/2022 | Redeem | GUSD | (1,000.0000000000) |
| 6/15/2022 | Redeem | GUSD | (1,000.0000000000) |
| 6/16/2022 | Redeem | GUSD | (2,000.0000000000) |
| 6/17/2022 | Redeem | GUSD | (1,000.0000000000) |
| 6/18/2022 | Redeem | GUSD | (1,000.0000000000) |
| 6/21/2022 | Redeem | GUSD | (2,641.0000000000) |

| Date | Type | Currency | Amount | Price | Value |
|---|---|---|---|---|---|
| 6/22/2022 | Redeem | GUSD | (2,000.0000000000) | | |
| 6/23/2022 | Redeem | GUSD | (3,039.0000000000) | | |
| 6/23/2022 | Redeem | GUSD | (3,000.0000000000) | | |
| 6/30/2022 | Monthly Interest Summary | GUSD | 595.1098340000 | | |
| 7/3/2022 | Redeem | GUSD | (3,000.0000000000) | | |
| 7/13/2022 | Redeem | GUSD | (369.0000000000) | | |
| 7/14/2022 | Redeem | GUSD | (3,000.0000000000) | | |
| 7/18/2022 | Redeem | GUSD | (83.0000000000) | | |
| 7/20/2022 | Redeem | GUSD | (35.0000000000) | | |
| 7/29/2022 | Redeem | GUSD | (2,222.0000000000) | | |
| 7/30/2022 | Redeem | GUSD | (10,000.0000000000) | | |
| 7/31/2022 | Monthly Interest Summary | GUSD | 529.7676870000 | | |
| 8/4/2022 | Deposit | GUSD | 18,834.0000000000 | | |
| 8/16/2022 | Redeem | GUSD | (9,000.0000000000) | | |
| 8/17/2022 | Redeem | GUSD | (9,000.0000000000) | | |
| 8/18/2022 | Redeem | GUSD | (600.0000000000) | | |
| 8/31/2022 | Monthly Interest Summary | GUSD | 506.9836830000 | | |
| 8/31/2022 | Redeem | GUSD | (707.9700000000) | | |
| 9/14/2022 | Redeem | GUSD | (209.7800000000) | | |
| 9/29/2022 | Redeem | GUSD | (224.0000000000) | | |
| 9/30/2022 | Monthly Interest Summary | GUSD | 449.2355040000 | | |
| 10/31/2022 | Monthly Interest Summary | GUSD | 396.9586430000 | | |
| 11/1/2022 | Redeem | GUSD | (427.5100000000) | | |
| 11/3/2022 | Deposit | GUSD | 1,200.0000000000 | | |
| 11/16/2022 | Monthly Interest Summary | GUSD | 180.9437880000 | | |
| 11/17/2022 | Redeem | GUSD | (80,380.9400000000) | $1.0000 | ($80,380.94) |

**Bart Ingallina**
**MATIC**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 9/29/2022 | Deposit | MATIC | 547.6178770000 | | |
| 9/30/2022 | Monthly Interest Summary | MATIC | 0.0793670841 | | |
| 10/31/2022 | Monthly Interest Summary | MATIC | 2.3481012166 | | |
| 11/19/2022 | Redeem | MATIC | (551.1204955950) | $0.8761 | ($482.84) |
| 11/30/2022 | Monthly Interest Summary | MATIC | 1.0753012867 | | |
| 12/31/2022 | Monthly Interest Summary | MATIC | 0.0000000013 | | |
| 1/9/2023 | Monthly Interest Summary | MATIC | 0.0000000004 | | |
| 1/10/2023 | Redeem | MATIC | (0.0001509940) | $0.8585 | ($0.00) |

**Bart Ingallina Total** **($167,649.63)**

**Greg Ingallina**
**GUSD**

| Date | Transaction Type** | Asset | Quantity | Price* | Amount USD |
|---|---|---|---|---|---|
| 3/2/2022 | Deposit | GUSD | 50,050.0000000000 | | |
| 3/31/2022 | Monthly Interest Summary | GUSD | 298.0258720000 | | |
| 4/30/2022 | Monthly Interest Summary | GUSD | 276.7501380000 | | |
| 5/31/2022 | Monthly Interest Summary | GUSD | 287.5733720000 | | |
| 6/30/2022 | Monthly Interest Summary | GUSD | 279.8520810000 | | |
| 7/31/2022 | Monthly Interest Summary | GUSD | 295.5352150000 | | |
| 8/31/2022 | Monthly Interest Summary | GUSD | 303.0291700000 | | |
| 9/26/2022 | Redeem | GUSD | (2,036.4400000000) | | |
| 9/30/2022 | Monthly Interest Summary | GUSD | 293.0236560000 | | |
| 10/27/2022 | Deposit | GUSD | 185,000.0000000000 | | |
| 10/31/2022 | Monthly Interest Summary | GUSD | 338.8256320000 | | |
| 11/14/2022 | Redeem | GUSD | (2,000.0000000000) | | |
| 11/16/2022 | Monthly Interest Summary | GUSD | 532.3615120000 | | |
| 11/17/2022 | Redeem | GUSD | (233,918.5300000000) | $1.0000 | ($233,918.53) |

**Greg Ingallina Total** ($233,918.53)

**All Movants Total** ($642,408.58)

*Price in USD on day of redemption or account balance as of 1/12/23
**Redemptions after 11/16/22 were not processed