UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA and MAX J. HASTINGS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS and CAMERON WINKLEVOSS,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-10922-NRB |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND
<u>APPROVING SELECTION OF LEAD COUNSEL</u>**

2755525.1

Upon consideration of the motions and supporting papers filed by the various movants for Lead Plaintiff in the above-captioned action and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Class members Gregory Ingallina, Bartholomew Ingallina, Tze ("Eddie") Ling Ng, and Christine Hogan (collectively, the "Gemini Investor Group" or "Movant") are hereby APPOINTED to serve as Lead Plaintiff in the action, pursuant to Section 27 of the Securities Act of 1933 (the "Securities Act") and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 77z-1(a)(3) and 78u-4(a)(3).

2. The law firm of Lieff, Cabraser, Heimann & Bernstein, LLP is hereby APPOINTED to serve as Lead Counsel for the Class in the action, pursuant to 15 U.S.C. §§ 77z-1(a)(3)(B)(v) and 78u-4(a)(3)(B)(v).

SO ORDERED.

DATED: _____, 20\_\_\_      _____

THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE