**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
t  415.956.1000
f  415.956.1008

February 27, 2023

Sharon M. Lee
Partner
slee@lchb.com

**VIA ECF AND HAND DELIVERY**

Hon. Naomi Reice Buchwald
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:    *Picha v. Gemini Trust Company, LLC, et al.*,
               No. 1:22-cv-10922-NRB

Dear Judge Buchwald:

      I write on behalf of our clients, Gregory Ingallina, Bartholomew Ingallina, Tze ("Eddie") Ling Ng, and Christine Hogan (collectively, the "Gemini Investor Group").  Pursuant to Rule 2.E.1 of Your Honor's Individual Practices, I respectfully submit this letter along with the Gemini Investor Group's motion for entry of an Order: (1) appointing the Gemini Investor Group as Lead Plaintiff in the above-captioned action brought on behalf of all persons who invested in Gemini Earn or otherwise purchased Gemini Interest Accounts during the alleged class period of February 2, 2021 through December 27, 2022 and were harmed thereby; (2) approving the Gemini Investor Group's selection of the law firm of Lieff Cabraser Heimann & Bernstein, LLP as Lead Counsel for the class; and (3) granting such other and further relief as the Court may deem just and proper.

      The Gemini Investor Group makes this motion pursuant to the Private Securities Litigation Reform Act of 1995 based on its satisfaction of the statutory criteria for appointment as Lead Plaintiff.  *See* 15 U.S.C. §§ 77z-1(a)(3) and 78u-4(a)(3).  Specifically, the Gemini Investor Group filed its motion by the statutory deadline of February 27, 2023, suffered the largest loss in connection with defendants' alleged misconduct ($642,408.58), and satisfies the typicality and adequacy requirements of Rule 23 of the Federal Rules of Civil Procedure.

      The Gemini Investor Group also moves for approval of its selection of Lieff Cabraser Heimann & Bernstein, LLP as Lead Counsel for the class on the ground that the law firm is qualified to represent the class.

      Finally, the Gemini Investor Group respectfully requests oral argument on the motion.

San Francisco     New York     Nashville     Munich     www.lieffcabraser.com

Hon. Naomi Reice Buchwald
February 27, 2023
Page 2

      For the foregoing reasons, and as set forth in its motion filed herewith, the Gemini Investor Group respectfully requests that the Court grant its motion in all respects.

Very truly yours,

Sharon M. Lee

cc: All counsel of record (via ECF)

2755527.1