UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA and MAX J. HASTINGS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS, and CAMERON WINKLEVOSS,<br><br>Defendants. | Case No.  1:22-cv-10922-NRB |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF MICHAEL HERMAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Michael Herman ("Herman"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Herman's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | | |
|---|---|---|
| Exhibit A: | Chart setting forth Herman's financial interest in this litigation; |
| Exhibit B: | Press release published via *Business Wire* on December 29, 2022, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Herman; |
| Exhibit D: | Declaration executed by Herman; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 27, 2023.

                                                                */s/ Jeremy A. Lieberman*
                                                                 Jeremy A. Lieberman