# EXHIBIT A

**Gemini Trust Company, LLC (Gemini)**
**Class Period:**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Transaction Date | Transaction Type | Asset | Quantity | Price | Amount USD | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|
| Michael Herman | 11/17/2022 | Pending Redemption | GUSD | 107,778.69 | $1.00 | ($107,778.69) | |
| Michael Herman | 11/17/2022 | Pending Redemption | BTC | 6.7399597 | $17,446.29 | ($117,587.29) | |
| Michael Herman | 1/10/2023 | Pending Redemption | MATIC | 6,720.2553149 | $0.8585 | ($5,769.34) | |
| Michael Herman | 1/10/2023 | Pending Redemption | ETH | 42.8414141 | $1,336.59 | ($57,261.41) | |
| Michael Herman | 1/10/2023 | Pending Redemption | DOGE | 1.5097009 | $0.077729 | ($0.12) | |
| Michael Herman | 1/10/2023 | Pending Redemption | GUSD | 0.0300000 | $1.00 | ($0.03) | |
| Michael Herman | 1/10/2023 | Pending Redemption | BTC | 0.0000019 | $17,446.29 | ($0.03) | |
| **Michael Herman** | | | | | | **($288,396.91)** | **($288,397)** |

*Prices are closing prices according to finance.yahoo.com