UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA and MAX J. HASTINGS, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS and CAMERON WINKLEVOSS,<br><br>       Defendants. | No. 1:22-cv-10922-NRB |

To the Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE that the undersigned is appearing in the above-captioned action on behalf of Plaintiffs Brendan Picha and Max J. Hastings and proposed lead plaintiffs Kyle McKuhen, James Derek Taylor, and Christine Calderwood.

| | |
|---|---|
| Dated: New York, New York<br>    March 7, 2023 | **KIM & SERRITELLA LLP**<br><br>**By:** /s/ Hee-Jean Kim<br>   Hee-Jean Kim<br>   110 W. 40th Street, 10th Floor<br>   New York, NY 10018<br>   (212) 986-1662<br>   hkim@kandslaw.com<br><br>   *Attorneys for Plaintiffs Brendan Picha and*<br>   *Max J. Hastings and proposed lead plaintiffs*<br>   *Kyle McKuhen, James Derek Taylor, and*<br>   *Christine Calderwood* |