

James R. Serritella<br>
T/F: 212-960-8345<br>
jserritella@kandslaw.com

March 17, 2023

**By ECF and Federal Express**

Hon. Naomi Reice Buchwald, U.S. District Judge
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 21A
New York, NY 10007

  Re: *Picha, et al. v. Gemini Trust Company, LLC, et al.*, Case No. 22-cv-10922

Dear Judge Buchwald:

  We represent Plaintiffs in the above-referenced matter. Pursuant to Ms. LeSavage's request, enclosed please find a redline of the Amended Complaint (Dkt. No. 45) against the Complaint (Dkt. No. 1).

Respectfully submitted,<br><br>
James R. Serritella

Enclosure

cc: Counsel for Defendants (*by ECF)*

KIM & SERRITELLA LLP
110 W. 40th Street, 10th Floor, New York, NY 10018 • 212-951-1230 • www.kandslaw.com