UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA, MAX J. HASTINGS, KYLE MCKUHEN, JAMES DEREK TAYLOR, and CHRISTINE CALDERWOOD, Individually and On Behalf of All Others Similarly Situated,<br><br>         *Plaintiffs,*<br><br>    v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS, and CAMERON WINKLEVOSS,<br><br>         *Defendants.* | No. 1:22-cv-10922-NRB<br><br>Hon. Naomi Reice Buchwald |

## NOTICE OF MOTION TO COMPEL ARBITRATION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the Declaration of Travis Freeman, dated March 31, 2023, with exhibits, Defendants Gemini Trust Company, LLC, Tyler Winklevoss, and Cameron Winklevoss (collectively, "Defendants"), by counsel, will move the United States District Court, Southern District of New York, at such time and place as the Court designates, before the Honorable Naomi Reice Buchwald, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21A, New York, NY 10007, for an order compelling Plaintiffs Brendan Picha, Max J. Hastings, Kyle McKuhen, James Derek Taylor, and Christine Calderwood to arbitrate their claims against Defendants, and for any further relief that the Court may deem just and proper.

Dated: New York, New York
   April 7, 2023

                   JFB LEGAL, PLLC

                   By /s/ John F. Baughman

                     John F. Baughman
                     Maryia Y. Jones
                     299 Broadway – Suite 1816
                     New York, NY 10007
                     (212) 548-3212

2

*Attorneys for Gemini Trust Company, LLC, Tyler Winklevoss, and Cameron Winklevoss*