# EXHIBIT 1



## Register

Already have an account? Sign In

YOUR FULL NAME                                    Represent an institution?

YOUR EMAIL ADDRESS

CREATE A PASSWORD

SHOW

☐ By creating this account, you agree to our User Agreement and Privacy Policy.

**CREATE MY ACCOUNT**

© Copyright 2016 Gemini Trust Company, LLC.

User Agreement and Policies

Please enter your full name.
Please enter a valid email address.
Your password must be at least 8 characters.
Your password must contain an upper-case letter, symbol, or number.
You may not choose a commonly-used password.
You must acknowledge the User Agreement.



## Register

Already have an account? Sign In

YOUR FULL NAME                                    Represent an institution?

[                                              ]

YOUR EMAIL ADDRESS

[                                              ]

CREATE A PASSWORD

[                                       SHOW ]

☐ By creating this account, you agree to our User Agreement and Privacy Policy.

**CREATE MY ACCOUNT**

© Copyright 2016 Gemini Trust Company, LLC.
User Agreement and Policies



## Register

Already have an account? Sign In

**YOUR FULL NAME**                                   Represent an institution?

    John Doe

**YOUR EMAIL ADDRESS**

    JohnDoe@email.com

**CREATE A PASSWORD**

    ••••••••                                SHOW

    ✓ Your password has met the criteria!

☐ By creating this account, you agree to our User Agreement and Privacy Policy.

**CREATE MY ACCOUNT**

© Copyright 2016 Gemini Trust Company, LLC.

User Agreement and Policies

You must acknowledge the User Agreement.



## Register

Already have an account? Sign In

**YOUR FULL NAME**    Represent an institution?

John Doe

**YOUR EMAIL ADDRESS**

JohnDoe@email.com

**CREATE A PASSWORD**

•••••••    SHOW

✓ Your password has met the criteria!

☐ By creating this account, you agree to our User Agreement and Privacy Policy.

**CREATE MY ACCOUNT**

© Copyright 2016 Gemini Trust Company, LLC.

User Agreement and Policies