# EXHIBIT 5



# Sign in to Gemini

**Email address**

**Password**

☐ Remember my email address

☐ I'm not a robot — reCAPTCHA (Privacy - Terms)

Our User Agreement has changed, including the Dispute Resolution provision. By clicking "Sign In" below, I agree to Gemini's USER AGREEMENT and PRIVACY POLICY.

Sign in

Create new account

Reset your password