# EXHIBIT 1

|  | **Document Title** | **Agreement to Arbitrate** |
|---|---|---|
| Pls.' Ex. A | Master Loan Agreement (Dec. 1, 2022) | If a dispute arises out of or relates to this Agreement, or the breach thereof, and if said dispute cannot be settled through negotiation **it shall be finally resolved by arbitration**… (Doc. 58-1 at 12). |
| Pls.' Ex. B | User Agreement (Sept. 28, 2022) | You agree and understand that any controversy, claim, or dispute arising out of or relating to this User Agreement or the breach thereof or the services provided to you by Gemini **shall be settled solely and exclusively by binding arbitration**…. (Doc. 58-2 at 78). |
| Pls.' Ex. C | Gemini Earn Program Terms and Authorization Agreement (July 18, 2022) | Any controversy, claim, or dispute arising out of or related to this Authorization Agreement or the breach thereof **shall be settled solely and exclusively by binding arbitration…** (Doc. 58-3 at 12). |
| Pls.' Ex. D | User Agreement (Dec. 14, 2022) | You and Gemini agree and understand that any controversy, claim, or dispute arising out of or relating to this User Agreement or your relationship with Gemini — past, present, or future — **shall be settled solely and exclusively by binding arbitration**…. (Doc. 58-4 at 78). |
| Pls.' Ex. G | Master Loan Agreement (Dec. 23, 2022) | If a dispute arises out of or relates to this Agreement, or the breach thereof, or the relationship between the Parties – past, present or future – and if said dispute cannot be settled through negotiation **it shall be finally resolved by binding arbitration…** (Doc. 58-7 at 12). |