UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA, MAX J. HASTINGS, KYLE MCKUHEN, JAMES DEREK TAYLOR, and CHRISTINE CALDERWOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS and CAMERON WINKLEVOSS,<br><br>Defendants. | No. 1:22-cv-10922-NRB<br><br>Hon. Naomi Reice Buchwald |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the declaration submitted herewith, the undersigned counsel, pursuant to Local Rule 1.4, respectfully moves the Court for an order withdrawing Charles C. Simpkins as counsel for Plaintiffs in this action.

PLEASE TAKE FURTHER NOTICE that the undersigned counsel hereby requests that Charles C. Simpkins, who has departed Kim & Serritella LLP, be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: January 26, 2024
New York, New York

KIM & SERRITELLA LLP

By:  /s/ James R. Serritella
James R. Serritella
110 W. 40th Street, 10th Floor
New York, NY 10018
212-960-8345
jserritella@kandslaw.com

*Attorneys for Plaintiffs*