UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA, MAX J. HASTINGS, KYLE MCKUHEN, JAMES DEREK TAYLOR, and CHRISTINE CALDERWOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS and CAMERON WINKLEVOSS,<br><br>Defendants. | No. 1:22-cv-10922-NRB<br><br>Hon. Naomi Reice Buchwald |

### DECLARATION OF JAMES R. SERRITELLA

James R. Serritella hereby declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a partner of Kim & Serritella LLP ("K&S"), the firm that represents Plaintiffs in the above-captioned action. I submit this declaration in support of the motion to withdraw Charles C. Simpkins, a former associate of K&S, from this action.

2. Mr. Simpkins departed K&S in December 2023, and is no longer affiliated with this firm or otherwise authorized to represent Plaintiffs in this proceeding.

3. His departure from K&S has not caused any delay to the proceedings or prejudice to any party, and his withdrawal from this matter similarly will not cause any foreseeable delay or prejudice.

4. Plaintiffs are and will continue to be represented by attorneys from K&S.

5. Accordingly, Plaintiffs respectfully request that the motion be granted.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated:   New York, New York
         January 26, 2024

                                                            /s/ James R. Serritella
                                                            James R. Serritella