UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDAN PICHA, MAX J. HASTINGS, KYLE MCKUHEN, JAMES DEREK TAYLOR, and CHRISTINE CALDERWOOD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS and CAMERON WINKLEVOSS,<br><br>Defendants. | No. 1:22-cv-10922-NRB<br><br>Hon. Naomi Reice Buchwald |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Charles C. Simpkins to withdraw as counsel of record in the above-captioned case;

And it appearing to the Court that the relief requested is appropriate;

IT IS HEREBY ORDERED that Charles C. Simpkins is withdrawn as counsel of record in this action and that such withdrawal is effective immediately.

Dated: _____ ____, 2024
       New York, New York

_____
NAOMI REICE BUCHWALD
United States District Judge