# EXHIBIT A

# USER: BRENDAN PICHA

| | |
|---:|:---|
| **Full Name** | Brendan Picha |
| **User ID** | |
| **eOTC ID** | |
| **Admin Tags** | |
| **Language** | |
| **Credit Card Account Status** | |
| **Credit Card Application Status** | |
| **Signed Up** | Dec 05 2017 9:37:01 AM EST |
| **Last Signed In** | Jan 06 2024 10:23:09 AM EST<br>70.16.98.12, Gemini Mobile 1.0 on iPhone<br>City: Newport<br>Country: United States<br>Region: New Hampshire<br>Postal Code: 03773 |