# EXHIBIT B

# USER: MAX HASTINGS

| | |
|---:|:---|
| **Full Name** | Max Hastings |
| **User ID** | |
| **eOTC ID** | |
| **Admin Tags** | |
| **Language** | |
| **Credit Card Account Status** | |
| **Credit Card Application Status** | |
| **Signed Up** | Sep 08 2017 12:59:41 PM EDT |
| **Last Signed In** | Feb 05 2024 2:01:22 PM EST<br>73.246.43.164, Gemini Mobile 1.0 on iPhone<br>City: Schererville<br>Country: United States<br>Region: Indiana<br>Postal Code: 46375 |