# **EXHIBIT C**

# USER: KYLE MCKUHEN

| | |
|---:|---|
| **Full Name** | Kyle McKuhen |
| **User ID** | |
| **eOTC ID** | |
| **Admin Tags** | |
| **Language** | |
| **Credit Card Account Status** | |
| **Credit Card Application Status** | |
| **Signed Up** | May 16 2016 10:52:53 AM EDT |
| **Last Signed In** | Jan 07 2024 7:32:45 AM EST<br>47.202.198.85, Chrome 12 120.0.0.0 on Windows 10<br>City: Sarasota<br>Country: United States<br>Region: Florida<br>Postal Code: 34239 |