# EXHIBIT D

# USER: JAMES TAYLOR

| | |
|---:|:---|
| **Full Name** | James Taylor |
| **User ID** | |
| **eOTC ID** | |
| **Admin Tags** | |
| **Language** | |
| **Credit Card Account Status** | |
| **Credit Card Application Status** | |
| **Signed Up** | Feb 20 2021 9:05:09 AM EST |
| **Last Signed In** | Jan 30 2024 7:43:24 PM EST<br>64.234.69.121, Gemini Mobile 1.0 on Android<br>City: Highlands<br>Country: United States<br>Region: North Carolina<br>Postal Code: 28741 |

