# EXHIBIT E

# USER: CHRISTINE CALDERWOOD

| | |
|---|---|
| **Full Name** | Christine Calderwood |
| **User ID** | |
| **eOTC ID** | |
| **Admin Tags** | |
| **Language** | |
| **Credit Card Account Status** | |
| **Credit Card Application Status** | |
| **Signed Up** | May 30 2021 4:01:17 PM EDT |
| **Last Signed In** | Jan 18 2024 9:40:06 AM EST<br>173.56.43.98, Gemini Mobile 1.0 on iPhone<br>City: New York<br>Country: United States<br>Region: New York<br>Postal Code: 10016 |