# **EXHIBIT F**

**Gemini Data for Logins by Date (January 1, 2022 - February 7, 2022)**

| Christine Calderwood | | Max Hastings | | James Derek Taylor | | Brendan Picha | | Kyle McKuhen | |
|---|---|---|---|---|---|---|---|---|---|
| Date | # Logins | Date | # Logins | Date | # Logins | Date | # Logins | Date | # Logins |
| 1/1/2022 | 4 | 1/12/2022 | 1 | 8/25/2022 | 2 | 1/1/2022 | 2 | 5/2/2022 | 1 |
| 1/2/2022 | 7 | 1/13/2022 | 3 | 8/26/2022 | 2 | 1/2/2022 | 1 | 5/3/2022 | 1 |
| 1/3/2022 | 2 | 1/14/2022 | 1 | 9/2/2022 | 1 | 1/3/2022 | 1 | 5/16/2022 | 1 |
| 1/5/2022 | 1 | 1/15/2022 | 1 | 9/7/2022 | 1 | 1/10/2022 | 1 | 5/30/2022 | 1 |
| 1/10/2022 | 1 | 1/16/2022 | 1 | 9/15/2022 | 1 | 1/12/2022 | 1 | 6/1/2022 | 1 |
| 1/12/2022 | 2 | 1/17/2022 | 1 | 9/16/2022 | 1 | 1/15/2022 | 1 | 6/29/2022 | 1 |
| 1/13/2022 | 1 | 1/26/2022 | 2 | 11/4/2022 | 3 | 1/16/2022 | 1 | 7/1/2022 | 1 |
| 1/14/2022 | 1 | 1/27/2022 | 1 | 11/5/2022 | 2 | 1/18/2022 | 1 | 7/12/2022 | 1 |
| 1/15/2022 | 1 | 1/29/2022 | 1 | 11/6/2022 | 1 | 1/19/2022 | 1 | 7/13/2022 | 3 |
| 1/18/2022 | 1 | 1/30/2022 | 1 | 11/7/2022 | 4 | 1/25/2022 | 1 | 7/14/2022 | 1 |
| 1/19/2022 | 1 | 1/31/2022 | 1 | 11/8/2022 | 3 | 1/29/2022 | 2 | 7/15/2022 | 1 |
| 1/20/2022 | 1 | 2/1/2022 | 3 | 11/9/2022 | 2 | 1/31/2022 | 1 | 7/18/2022 | 1 |
| 1/26/2022 | 1 | 2/2/2022 | 2 | 11/10/2022 | 3 | 2/2/2022 | 2 | 7/22/2022 | 1 |
| 1/27/2022 | 1 | 2/3/2022 | 4 | 11/11/2022 | 6 | 2/4/2022 | 1 | 7/25/2022 | 1 |
| 2/2/2022 | 1 | 2/4/2022 | 7 | 11/12/2022 | 1 | 2/7/2022 | 1 | 7/30/2022 | 1 |
| 2/4/2022 | 2 | 2/5/2022 | 4 | 11/13/2022 | 3 | 2/9/2022 | 1 | 8/1/2022 | 1 |
| 2/6/2022 | 1 | 2/6/2022 | 4 | 11/14/2022 | 3 | 2/10/2022 | 1 | 8/13/2022 | 1 |
| 2/7/2022 | 1 | 2/7/2022 | 4 | 11/16/2022 | 3 | 2/12/2022 | 1 | 8/15/2022 | 1 |
| 2/8/2022 | 1 | 2/8/2022 | 2 | 11/19/2022 | 2 | 2/14/2022 | 1 | 8/22/2022 | 1 |
| 2/9/2022 | 1 | 2/9/2022 | 1 | 11/20/2022 | 3 | 2/16/2022 | 1 | 8/29/2022 | 1 |
| 2/19/2022 | 1 | 2/10/2022 | 2 | 11/21/2022 | 1 | 2/18/2022 | 1 | 9/6/2022 | 1 |
| 2/28/2022 | 2 | 2/12/2022 | 3 | 11/22/2022 | 4 | 2/21/2022 | 1 | 9/12/2022 | 1 |
| 3/9/2022 | 1 | 2/13/2022 | 1 | 11/23/2022 | 2 | 2/23/2022 | 1 | 9/19/2022 | 1 |
| 3/10/2022 | 1 | 2/14/2022 | 2 | 12/6/2022 | 2 | 2/24/2022 | 1 | 9/26/2022 | 1 |
| 3/16/2022 | 1 | 2/15/2022 | 1 | 12/7/2022 | 2 | 2/25/2022 | 1 | 9/29/2022 | 1 |
| 3/19/2022 | 1 | 2/16/2022 | 1 | 12/8/2022 | 1 | 2/28/2022 | 1 | 10/1/2022 | 1 |
| 3/21/2022 | 5 | 2/17/2022 | 1 | 12/9/2022 | 2 | 3/2/2022 | 1 | 10/3/2022 | 2 |
| 3/25/2022 | 1 | 2/19/2022 | 1 | 12/10/2022 | 1 | 3/5/2022 | 1 | 10/9/2022 | 1 |
| 3/27/2022 | 3 | 2/20/2022 | 1 | 12/11/2022 | 2 | 3/8/2022 | 1 | 10/10/2022 | 1 |
| 3/30/2022 | 1 | 2/23/2022 | 1 | 12/12/2022 | 3 | 3/9/2022 | 2 | 10/11/2022 | 1 |
| 3/31/2022 | 1 | 2/24/2022 | 1 | 12/13/2022 | 3 | 3/14/2022 | 1 | 10/16/2022 | 1 |
| 4/1/2022 | 2 | 2/25/2022 | 3 | 12/14/2022 | 1 | 3/15/2022 | 1 | 10/17/2022 | 1 |
| 4/3/2022 | 1 | 2/26/2022 | 1 | 12/15/2022 | 3 | 3/16/2022 | 1 | 10/23/2022 | 1 |
| 4/8/2022 | 1 | 2/28/2022 | 5 | 12/16/2022 | 1 | 3/21/2022 | 1 | 10/24/2022 | 1 |
| 4/19/2022 | 1 | 3/9/2022 | 1 | 12/17/2022 | 2 | 3/23/2022 | 2 | 10/31/2022 | 1 |
| 4/20/2022 | 3 | 3/16/2022 | 1 | 12/18/2022 | 1 | 3/26/2022 | 1 | 11/1/2022 | 1 |
| 5/2/2022 | 1 | 3/19/2022 | 2 | 12/19/2022 | 2 | 3/30/2022 | 2 | 11/7/2022 | 1 |
| 5/15/2022 | 1 | 3/20/2022 | 1 | 12/20/2022 | 1 | 3/31/2022 | 1 | 11/12/2022 | 1 |
| 5/16/2022 | 8 | 3/21/2022 | 1 | 12/22/2022 | 2 | 4/4/2022 | 2 | 11/14/2022 | 1 |
| 5/19/2022 | 2 | 3/22/2022 | 4 | 12/23/2022 | 1 | 4/6/2022 | 2 | 11/15/2022 | 2 |
| 5/20/2022 | 2 | 3/27/2022 | 1 | 12/25/2022 | 2 | 4/9/2022 | 1 | 11/16/2022 | 1 |
| 5/22/2022 | 2 | 3/28/2022 | 1 | 12/26/2022 | 1 | 4/11/2022 | 1 | 11/17/2022 | 2 |
| 5/24/2022 | 1 | 3/31/2022 | 2 | 12/27/2022 | 2 | 4/13/2022 | 2 | 11/18/2022 | 1 |
| 6/6/2022 | 1 | 4/1/2022 | 2 | 12/28/2022 | 1 | 4/18/2022 | 1 | 11/19/2022 | 1 |
| 6/8/2022 | 1 | 4/2/2022 | 1 | 12/30/2022 | 1 | 4/19/2022 | 1 | 11/21/2022 | 1 |
| 6/13/2022 | 3 | 4/13/2022 | 1 | 1/2/2023 | 2 | 4/20/2022 | 1 | 11/22/2022 | 1 |
| 6/18/2022 | 3 | 4/14/2022 | 1 | 1/3/2023 | 3 | 4/21/2022 | 2 | 11/23/2022 | 1 |
| 6/21/2022 | 3 | 4/16/2022 | 2 | 1/4/2023 | 3 | 4/24/2022 | 1 | 11/24/2022 | 1 |
| 6/25/2022 | 1 | 4/17/2022 | 1 | 1/6/2023 | 1 | 4/27/2022 | 1 | 11/25/2022 | 1 |
| 6/28/2022 | 1 | 4/18/2022 | 1 | 1/7/2023 | 1 | 4/30/2022 | 1 | 11/26/2022 | 1 |
| 6/30/2022 | 1 | 4/19/2022 | 1 | 1/8/2023 | 2 | 5/4/2022 | 1 | 11/27/2022 | 1 |
| 7/8/2022 | 1 | 4/21/2022 | 2 | 1/9/2023 | 3 | 5/5/2022 | 1 | 11/28/2022 | 1 |
| 7/18/2022 | 1 | 4/23/2022 | 1 | 1/11/2023 | 2 | 5/6/2022 | 1 | 11/29/2022 | 1 |
| 7/19/2022 | 1 | 4/25/2022 | 3 | 1/19/2023 | 1 | 5/8/2022 | 1 | 12/2/2022 | 1 |
| 7/20/2022 | 1 | 4/27/2022 | 1 | 3/30/2023 | 1 | 5/10/2022 | 2 | 12/4/2022 | 1 |

1

**Gemini Data for Logins by Date (January 1, 2022 - February 7, 2022)**

| Christine Calderwood | | Max Hastings | | James Derek Taylor | | Brendan Picha | | Kyle McKuhen | |
|---|---|---|---|---|---|---|---|---|---|
| Date | # Logins | Date | # Logins | Date | # Logins | Date | # Logins | Date | # Logins |
| 7/24/2022 | 1 | 5/4/2022 | 2 | 3/31/2023 | 1 | 5/11/2022 | 1 | 12/5/2022 | 1 |
| 7/28/2022 | 1 | 5/5/2022 | 3 | 4/5/2023 | 1 | 5/12/2022 | 1 | 12/6/2022 | 1 |
| 8/24/2022 | 1 | 5/6/2022 | 4 | 9/29/2023 | 2 | 5/16/2022 | 1 | 12/12/2022 | 1 |
| 9/15/2022 | 1 | 5/7/2022 | 5 | 10/17/2023 | 1 | 5/18/2022 | 2 | 12/20/2022 | 1 |
| 10/12/2022 | 4 | 5/9/2022 | 1 | 1/3/2024 | 1 | 5/20/2022 | 1 | 12/27/2022 | 1 |
| 10/20/2022 | 1 | 5/11/2022 | 2 | 1/13/2024 | 1 | 5/24/2022 | 1 | 12/29/2022 | 1 |
| 11/12/2022 | 2 | 5/12/2022 | 2 | 1/17/2024 | 1 | 5/25/2022 | 1 | 12/30/2022 | 1 |
| 11/13/2022 | 1 | 5/13/2022 | 2 | | | 5/30/2022 | 1 | 1/9/2023 | 1 |
| 11/15/2022 | 1 | 5/15/2022 | 3 | | | 6/1/2022 | 1 | 1/10/2023 | 1 |
| 11/16/2022 | 7 | 5/16/2022 | 1 | | | 6/6/2022 | 1 | 1/15/2023 | 1 |
| 11/17/2022 | 1 | 5/17/2022 | 2 | | | 6/8/2022 | 2 | 2/6/2023 | 2 |
| 11/18/2022 | 1 | 5/19/2022 | 1 | | | 6/10/2022 | 1 | 3/11/2023 | 1 |
| 11/19/2022 | 1 | 5/20/2022 | 1 | | | 6/14/2022 | 1 | 4/17/2023 | 1 |
| 11/20/2022 | 1 | 5/22/2022 | 2 | | | 6/15/2022 | 2 | 5/15/2023 | 1 |
| 11/21/2022 | 7 | 5/23/2022 | 2 | | | 6/17/2022 | 1 | 5/23/2023 | 1 |
| 11/22/2022 | 9 | 5/24/2022 | 1 | | | 6/18/2022 | 1 | 6/7/2023 | 1 |
| 11/23/2022 | 1 | 5/25/2022 | 2 | | | 6/20/2022 | 2 | 6/12/2023 | 1 |
| 11/24/2022 | 3 | 5/27/2022 | 1 | | | 6/21/2022 | 1 | 6/15/2023 | 1 |
| 11/25/2022 | 1 | 6/2/2022 | 1 | | | 6/22/2022 | 2 | 6/26/2023 | 1 |
| 11/26/2022 | 1 | 6/3/2022 | 1 | | | 6/24/2022 | 1 | 6/28/2023 | 1 |
| 11/27/2022 | 2 | 6/12/2022 | 1 | | | 6/27/2022 | 1 | 11/9/2023 | 1 |
| 11/28/2022 | 2 | 6/13/2022 | 1 | | | 6/29/2022 | 1 | 1/1/2024 | 1 |
| 11/29/2022 | 1 | 6/14/2022 | 1 | | | 7/1/2022 | 1 | 1/7/2024 | 1 |
| 11/30/2022 | 1 | 6/15/2022 | 1 | | | 7/5/2022 | 1 | | |
| 12/1/2022 | 3 | 6/24/2022 | 1 | | | 7/6/2022 | 1 | | |
| 12/2/2022 | 1 | 6/30/2022 | 2 | | | 7/7/2022 | 1 | | |
| 12/3/2022 | 2 | 7/1/2022 | 1 | | | 7/8/2022 | 1 | | |
| 12/4/2022 | 2 | 7/2/2022 | 2 | | | 7/9/2022 | 1 | | |
| 12/7/2022 | 1 | 7/3/2022 | 1 | | | 7/11/2022 | 1 | | |
| 12/8/2022 | 1 | 7/4/2022 | 2 | | | 7/12/2022 | 1 | | |
| 12/9/2022 | 1 | 7/5/2022 | 2 | | | 7/13/2022 | 1 | | |
| 12/13/2022 | 1 | 7/8/2022 | 1 | | | 7/14/2022 | 1 | | |
| 12/14/2022 | 2 | 7/9/2022 | 1 | | | 7/15/2022 | 1 | | |
| 12/15/2022 | 4 | 7/12/2022 | 1 | | | 7/16/2022 | 1 | | |
| 12/18/2022 | 3 | 7/15/2022 | 4 | | | 7/17/2022 | 1 | | |
| 12/19/2022 | 2 | 7/16/2022 | 4 | | | 7/18/2022 | 1 | | |
| 12/31/2022 | 1 | 7/17/2022 | 2 | | | 7/19/2022 | 2 | | |
| 1/11/2023 | 1 | 7/18/2022 | 4 | | | 7/20/2022 | 2 | | |
| 1/15/2023 | 1 | 7/19/2022 | 4 | | | 7/21/2022 | 2 | | |
| 1/18/2023 | 1 | 7/21/2022 | 1 | | | 7/22/2022 | 1 | | |
| 1/26/2023 | 1 | 7/22/2022 | 1 | | | 7/24/2022 | 1 | | |
| 1/30/2023 | 1 | 7/23/2022 | 2 | | | 7/25/2022 | 1 | | |
| 2/13/2023 | 1 | 7/24/2022 | 3 | | | 7/26/2022 | 2 | | |
| 2/14/2023 | 3 | 7/27/2022 | 6 | | | 7/27/2022 | 2 | | |
| 2/15/2023 | 1 | 7/28/2022 | 5 | | | 7/28/2022 | 2 | | |
| 2/20/2023 | 7 | 7/29/2022 | 1 | | | 7/30/2022 | 1 | | |
| 2/24/2023 | 1 | 7/31/2022 | 2 | | | 7/31/2022 | 1 | | |
| 3/2/2023 | 1 | 8/4/2022 | 1 | | | 8/3/2022 | 2 | | |
| 3/30/2023 | 2 | 8/6/2022 | 1 | | | 8/7/2022 | 1 | | |
| 4/11/2023 | 1 | 8/12/2022 | 1 | | | 8/8/2022 | 1 | | |
| 5/12/2023 | 2 | 8/20/2022 | 1 | | | 8/10/2022 | 3 | | |
| 5/23/2023 | 1 | 8/21/2022 | 1 | | | 8/12/2022 | 2 | | |
| 5/26/2023 | 1 | 8/23/2022 | 5 | | | 8/13/2022 | 1 | | |
| 5/27/2023 | 1 | 8/24/2022 | 1 | | | 8/14/2022 | 1 | | |
| 6/2/2023 | 2 | 8/25/2022 | 4 | | | 8/15/2022 | 1 | | |

**Gemini Data for Logins by Date (January 1, 2022 - February 7, 2022)**

| Christine Calderwood | | Max Hastings | | James Derek Taylor | | Brendan Picha | | Kyle McKuhen | |
|---|---|---|---|---|---|---|---|---|---|
| Date | # Logins | Date | # Logins | Date | # Logins | Date | # Logins | Date | # Logins |
| 6/7/2023 | 1 | 9/1/2022 | 1 | | | 8/17/2022 | 2 | | |
| 6/22/2023 | 1 | 9/5/2022 | 1 | | | 8/18/2022 | 2 | | |
| 6/28/2023 | 1 | 9/6/2022 | 1 | | | 8/19/2022 | 2 | | |
| 8/21/2023 | 1 | 9/8/2022 | 1 | | | 8/20/2022 | 1 | | |
| 8/24/2023 | 1 | 9/9/2022 | 1 | | | 8/24/2022 | 1 | | |
| 8/29/2023 | 1 | 9/30/2022 | 3 | | | 8/25/2022 | 2 | | |
| 10/7/2023 | 3 | 10/3/2022 | 1 | | | 8/31/2022 | 1 | | |
| 10/9/2023 | 1 | 10/4/2022 | 1 | | | 9/1/2022 | 1 | | |
| 10/12/2023 | 1 | 10/15/2022 | 1 | | | 9/7/2022 | 1 | | |
| 11/7/2023 | 1 | 10/16/2022 | 1 | | | 9/9/2022 | 1 | | |
| 12/5/2023 | 1 | 10/24/2022 | 1 | | | 9/12/2022 | 1 | | |
| 12/17/2023 | 1 | 10/25/2022 | 2 | | | 9/14/2022 | 2 | | |
| 1/5/2024 | 1 | 10/26/2022 | 1 | | | 9/15/2022 | 1 | | |
| 1/9/2024 | 2 | 11/4/2022 | 1 | | | 9/19/2022 | 1 | | |
| 1/11/2024 | 1 | 11/6/2022 | 1 | | | 9/21/2022 | 2 | | |
| 1/18/2024 | 1 | 11/18/2022 | 1 | | | 9/22/2022 | 2 | | |
| | | 11/20/2022 | 1 | | | 9/26/2022 | 1 | | |
| | | 11/21/2022 | 1 | | | 9/27/2022 | 2 | | |
| | | 12/10/2022 | 1 | | | 9/28/2022 | 2 | | |
| | | 12/23/2022 | 1 | | | 10/3/2022 | 1 | | |
| | | 3/2/2023 | 1 | | | 10/4/2022 | 1 | | |
| | | 5/1/2023 | 1 | | | 10/5/2022 | 2 | | |
| | | 5/23/2023 | 1 | | | 10/6/2022 | 1 | | |
| | | 6/23/2023 | 1 | | | 10/7/2022 | 1 | | |
| | | 6/26/2023 | 1 | | | 10/8/2022 | 1 | | |
| | | 6/29/2023 | 1 | | | 10/10/2022 | 1 | | |
| | | 6/30/2023 | 6 | | | 10/11/2022 | 1 | | |
| | | 7/1/2023 | 1 | | | 10/12/2022 | 1 | | |
| | | 7/2/2023 | 5 | | | 10/17/2022 | 1 | | |
| | | 7/3/2023 | 5 | | | 10/19/2022 | 1 | | |
| | | 7/4/2023 | 2 | | | 10/20/2022 | 2 | | |
| | | 7/5/2023 | 1 | | | 10/21/2022 | 1 | | |
| | | 7/7/2023 | 1 | | | 10/22/2022 | 1 | | |
| | | 7/10/2023 | 2 | | | 10/26/2022 | 1 | | |
| | | 7/11/2023 | 2 | | | 10/28/2022 | 1 | | |
| | | 7/12/2023 | 3 | | | 10/29/2022 | 1 | | |
| | | 7/13/2023 | 1 | | | 11/2/2022 | 1 | | |
| | | 7/14/2023 | 1 | | | 11/5/2022 | 1 | | |
| | | 7/15/2023 | 1 | | | 11/7/2022 | 1 | | |
| | | 7/22/2023 | 1 | | | 11/9/2022 | 2 | | |
| | | 7/28/2023 | 1 | | | 11/13/2022 | 1 | | |
| | | 7/30/2023 | 1 | | | 11/16/2022 | 1 | | |
| | | 8/2/2023 | 1 | | | 11/18/2022 | 3 | | |
| | | 8/3/2023 | 1 | | | 11/19/2022 | 2 | | |
| | | 8/7/2023 | 1 | | | 11/20/2022 | 1 | | |
| | | 8/8/2023 | 1 | | | 11/21/2022 | 1 | | |
| | | 8/29/2023 | 1 | | | 11/22/2022 | 1 | | |
| | | 9/8/2023 | 1 | | | 11/24/2022 | 1 | | |
| | | 9/12/2023 | 1 | | | 11/25/2022 | 1 | | |
| | | 9/13/2023 | 1 | | | 11/26/2022 | 1 | | |
| | | 9/14/2023 | 1 | | | 11/27/2022 | 1 | | |
| | | 9/17/2023 | 1 | | | 11/28/2022 | 3 | | |
| | | 9/18/2023 | 1 | | | 11/29/2022 | 5 | | |
| | | 9/20/2023 | 1 | | | 11/30/2022 | 2 | | |
| | | 9/27/2023 | 1 | | | 12/1/2022 | 2 | | |

**Gemini Data for Logins by Date (January 1, 2022 - February 7, 2022)**

| Christine Calderwood | | Max Hastings | | James Derek Taylor | | Brendan Picha | | Kyle McKuhen | |
|---|---|---|---|---|---|---|---|---|---|
| Date | # Logins | Date | # Logins | Date | # Logins | Date | # Logins | Date | # Logins |
| | | 9/28/2023 | 1 | | | 12/2/2022 | 2 | | |
| | | 10/1/2023 | 1 | | | 12/3/2022 | 2 | | |
| | | 10/2/2023 | 2 | | | 12/4/2022 | 2 | | |
| | | 10/6/2023 | 1 | | | 12/6/2022 | 1 | | |
| | | 10/16/2023 | 1 | | | 12/8/2022 | 1 | | |
| | | 10/19/2023 | 1 | | | 12/9/2022 | 1 | | |
| | | 10/21/2023 | 2 | | | 12/10/2022 | 1 | | |
| | | 10/23/2023 | 6 | | | 12/13/2022 | 1 | | |
| | | 10/24/2023 | 1 | | | 12/14/2022 | 1 | | |
| | | 10/28/2023 | 1 | | | 12/18/2022 | 1 | | |
| | | 11/8/2023 | 1 | | | 12/19/2022 | 1 | | |
| | | 11/9/2023 | 2 | | | 12/21/2022 | 1 | | |
| | | 11/15/2023 | 1 | | | 12/22/2022 | 1 | | |
| | | 12/3/2023 | 2 | | | 12/23/2022 | 1 | | |
| | | 12/4/2023 | 3 | | | 12/25/2022 | 1 | | |
| | | 12/5/2023 | 1 | | | 1/31/2023 | 1 | | |
| | | 12/6/2023 | 1 | | | 4/11/2023 | 1 | | |
| | | 12/8/2023 | 4 | | | 5/13/2023 | 1 | | |
| | | 12/9/2023 | 1 | | | 5/23/2023 | 1 | | |
| | | 12/11/2023 | 1 | | | 6/6/2023 | 1 | | |
| | | 12/12/2023 | 1 | | | 10/20/2023 | 1 | | |
| | | 12/16/2023 | 1 | | | 12/4/2023 | 1 | | |
| | | 12/27/2023 | 1 | | | 12/20/2023 | 1 | | |
| | | 12/29/2023 | 1 | | | 1/6/2024 | 1 | | |
| | | 12/30/2023 | 2 | | | | | | |
| | | 1/3/2024 | 1 | | | | | | |
| | | 1/11/2024 | 2 | | | | | | |
| | | 1/12/2024 | 1 | | | | | | |
| | | 1/26/2024 | 1 | | | | | | |
| | | 1/27/2024 | 1 | | | | | | |
| | | 2/5/2024 | 1 | | | | | | |